FILED - USDC -NH
2024 FEB 26 PM 2:49

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Michael S. Speight

V                                                           CIVIL ACTION NO.

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Commonwealth of Massachusetts Judge Goerge Phelan
Commonwealth of Massachusetts Department of Revenue Eric Stephaine

## COMPLAINT FOR A CIVIL CASE
**JURY TRIAL REQUESTED**
**Parties to this complaint**

### The Plaintiff

Michael <u>Sean</u> Speight
100 Main Street # 106
Pembroke, NH 03275
(978)684-2496

### DEFENDANTS

**Defendant No. 1**
Amanda Kaelblein
48 Richardson Road
Melrose, MA 02176

(617)771-8818

**Defendant No. 2**
Michael Kaelblein
48 Richardson Road
Melrose, MA 02176
(617)429-3198

**Defendant No. 3**
Nancy Kaelblein
48 Richardson Road
Melrose, Ma 02176
(617)771-8840

**Defendant No. 4**
Commonwealth of Massachusetts Judge George Phelan
Massachusetts State House
Beacon Street #280
Boston, MA 02133
(617)725-4005

**Defendant No. 5**
Commonwealth of Massachusetts DOR Eric Stephaine
Massachusetts State House
Beacon Street #280
Boston, MA 02133
(617)725-4005

2

## **Jurisdiction**

1. Under U.S. CONSTITUTION Article III, section 2 "The jurisdiction power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, Under their authority– to all cases affecting ambassadors, other public Ministers, and consuls;-to all cases of admiralty and maritime jurisdiction;-to controversies to which the United States shall be a party;-- to controversies between two or more states-**betweeen a state and citizens of another state;-- Between citizens of different states**- between citizens of the same state Claiming lands under grant of different states, and between a state, or the citizens thereof, and foreign states, citizens and subjects

    (a) The plaintiff Michael Sean Speight lives in New Hampshire and has a complaint against five defendants in Massachusetts exceeding over $75,000.00.

    For the above reason this Honorable Court has Jurisdiction over this Complaint. **Diversity Jurisdiction 28 U.S.C. 1332.**

3

## Statement of Claim

1. Amanda Kaelblein alienated father from his daughter through tactics,

   And conspired with others to further her agenda which is ruining the father (Michael SEAN Speight) relationship with daughter (Vivian Speight 6yr. Old autistic child) since May 28, 2022.

2. Amanda Kaelblein Inflected emotional and mental abuse on plaintiff since May 28,2022, and will prove she was abusive before that.

3. Amanda Kaelblein conspired with DOR lawyer Eric Stephaine to get an illegal child support order in place on November 3, 2022.

4. Amanda Kaelblein misrepresented the truth in Derry Family Court to get the plaintiffs' parenting petition dismissed on November 15,2022.

5. Amanda Kaelblein was offered one restraining order on May 28,2022 when she left 153 North Shore Road Derry, NH after living there 356 days, and declined it. Only after father filed for custody she attempted 3 restraining orders, all were denied, then received a harassment order when plaintiff did not show on advice from Eric Stephaine.

Amanda Kaelblein, on May 28,2022, left New Hampshire with a minor child, and went to Massachusetts without permission from the plaintiff

4

6. Amanda Kaelblein is inflicting emotional/ mental abuse on Plaintiff's daughter by parental alienation, at the beginning she told plaintiff's daughter he was sick and that's why she could not see him.

7. Michael Kaelblein on May 28,2022, told the plaintiff if he split up with his daughter , he would never see his child again, causing emotional and mental anguish.

8. Michael Kaelblein conspired and funded Amanda Kaelbleins campaign causing emotional and mental abuse on plaintiff/ child

9. Nancy Kaelblein misrepresented the truth in Derry Family Court on November 15,2022, supporting her Daughters campaign.

10. Nancy Kaelblein conspired with Michael Kaelblein, and Amanda Kaelblein to alienate the father from his child.

11. Judge Goerge Phelan abused his discretion by placing a temporary order in place when he knew there was an ongoing custody/child support case in Derry Family Court, and the minor child wasn't in Massachusetts 6 months yet.

12. Judge Goerge Phelan was dishonest in his order he put in place

13. on January 15, 2022 to cover his, and Eric Stephaines actions.

14. Judge Goerge Phelan Violated the plaintiff's Constitutional rights.

15. Judge Goerge Phelan broke Massachusetts law, and the Department of Justice UCCJEA by placing a temporary order on Plaintiff, and lacked jurisdiction over minor child and received the parenting petition from plaintiff them change statement in order, from what he stated in transcripts on November 3,2022.

16. DOR lawyer Eric Stephaine was aware there was an ongoing custody case in New Hampshire and still set a date for a hearing which is against Massachusetts laws, and department of Justice laws.

17. Eric Stephaine had conversations with the plaintiff's Attorney Michael Ryan about New Hampshire continuously exercising jurisdiction custody and child support.

18. Eric Stephaine at the request of Judge Goerge Phelan who asked for the parent petition from New Hampshire, and on November 18,2022 the plaintiff emailed it to him he withheld it from the Judge because he knew he broke laws and violated plaintiffs rights.

6

19. Eric Stephaine placed a full Child support order in, not a temporary like Judge Phelan placed to get a parenting petition dismissed in New Hampshire on November 15,2022, and when plaintiff confronted him the damage was done and he corrected it, after causing plaintiff emotional distress.

## **Relief**

1. Amanda Kaelblein for causing the plaintiff emotional/ mental abuse from parental alienation plaintiff request custodial parent with child support order,and $100,000.

    (a) Plaintiff requests Amanda Kaelblein to attend parenting classes that stress how important both parents are in a child's life.

    (b) Plaintiff requests Amanda Kaelblein attend intense therapy sessions with a therapist.

    (c) Plaintiff requests that if Amanda Kaelblein continues any unhealthy patterns that harm the child or plaintiff she loses her parental rights, and father gets full custody.

2. Michael Kaelblien for conspiring with Amanda, and Nancy to withholding Daughter from plaintiff and causing emotional/ mental abuse to pay the sum of $100,000. For funding this the plaintiffs time filing motions, appeals

and missing work.

3. Nancy Kaelblein for conspiring with Michael and Amanda, to write apology letters to Plaintiff and daughter for her role in this that's caused emotional/ mental abuse,and $100,000.

4. Commonwealth of Massachusetts Judge Goerge Phelan for disregarding Massachusetts laws and lacked jurisdiction,, and the DOJ UCCJEA cause emotional/ mental anguish on Plaintiff, and violating his CONSTITUTIONAL RIGHTS that are guaranteed as a parent,under the color of the law with Eric Stephaine. the plaintiff requests 5 Million dollars, and Massachusetts to inform all Probate Judges when there are no allegations of abuse or neglect to order visitation right away and stop parental alienation, and STOP protecting the parents that do it.

5. Commonwealth of Massachusetts Eric Stephaine for breaking laws

8

by placing a full order without a judge's order to put that order in, for being dishonest withholding the parenting petition from Judge Phelan, for violating Massachusetts laws, and DOJ UCCJEA ,plaintiff requested 5 million dollars, and Eric Stephain be terminated from Massachusetts

## Certification and Closing

Under Federal Rule Of Civil Procedures 11, by signing below,I certify to the best of my knowledge,information, and belief that this complaint: (1)is not being presented for an improper purpose, such as to haras , cause unnecessary delay, or needlessly increase the cost of ;litigation; (2) is supported by existing laws or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contention have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4)the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where

9

case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

'Date of signing __2/26/24__

Signature of Plaintiff __[signature]__

Printed name of Plaintiff __Michael Sean Speight__

,

.

-