# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                             Civil Case No# Judges Initials

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Commonwealth of Massachusetts Judge George Phelan
And DOR Eric Stephaine

## DIVERSITY DISCLOSURE STATEMENT
## LOCAL RULE 7.1.1

**PARTY OR INTERVENOR**              **CITIZENSHIP**
Michael Sean Speight                  United States of America
                                      100 Main Street, Pembroke, NH 03275

An unincorporated entity, including but not limited to a partnership, limited liability company or trust, must name and identify the citizenship of all individuals or entities whose citizenship is attributed to that unincorporated entity under applicable law (such as, as may be the case depending on the unincorporated entity applicable law, partners, members, trustees, and beneficiaries) here. Additionally, if any entity whose citizenship is attributed to the unincorporated entities itself is an unincorporated entity, the name and citizenship of individuals or entities whose citizenship is attributed to

that unincorporated entity must likewise be disclosed until all related parties whose citizenship is attributed to the filing party have been disclosed.

| NAME OF ALL INDIVIDUALS OR ENTITIES ATTRIBUTED TO PARTY OR INTERVENOR | RELATIONSHIP TO PARTY OR INTERVENOR | CITIZENSHIP |
| --- | --- | --- |
|  |  |  |