FILED - USDC -NH
2024 MAR 18 AM 10:14

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                   Civil No. **1:24-cv-00055**
                         Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan
Eric Stephaine

## MOTION FOR A MENTAL HEALTH EVALUATION DONE ON MINOR CHILD VIVIAN SPEIGHT

Now comes the Plaintiff, Praying this Honorable Court order a mental health evaluation on the minor child due to the separation from her and her father.

The Plaintiff has suffered through these 22 months in the form of sadness, anxiety symptoms, rumination, grief, social isolation, and hopelessness (See Exhibit 1 from Toni Wedge) which plaintiff never experienced these symptoms before. Plaintiffs motivation for this motion is

to identify any problems the minor child has, and then have them addressed with the right professional help.

Due to the fact the mother is still withholding the child from the plaintiff, he cannot bring the child himself directly. Though he wants to be prepared to help the minor child when the time comes, to correct any emotional issue the child has developed.

Date 3/18/24

Respectfully submitted,

Michael Sean Speight
100 Main St. #106
Pembroke , NH 03275

2