EXHIBIT 3

| NOTICE OF ASSIGNMENT | Docket No.<br>MI24W0167WD | Commonwealth of Massachusetts<br>The Trial Court<br>Probate and Family Court |
|---|---|---|
| Michael S Speight      vs.      Amanda Kaelblein | | |
| PLEASE TAKE NOTICE that the above-referenced matter is hereby scheduled for hearing at the Probate and Family Court as follows:<br><br>Date: 03/14/2024<br><br>Time: 09:00 AM<br><br>Place: Woburn Courtroom 2<br><br>Session: Judge McSweeny Session Courtroom 2<br><br>Event: Motion<br><br>Judge Assigned: Hon. William F McSweeny, III | | Middlesex Probate and Family Court<br><br>(781)865-4000 |
| **\*Proper Dress Required\*** | | |
| Date:   February 8, 2024<br>cc:   Kaelblein, Amanda | | |
| **IMPORTANT NOTICE**<br><br>UNCONTESTED TRIAL: If the case becomes contested on or before the uncontested trial date, the matter may be assigned for immediate pre-trial conference.<br>CONTESTED TRIAL: If the case becomes uncontested prior to the contested trial date, please notify the clerk at the telephone number provided.<br>TRIAL: You must comply with the pre-trial order before the trial. Failure to do so may result in the imposition of sanctions.<br>CONTINUANCE: You must present a motion to continue before the above named judge. | | |

Michael S Speight
100 Main St #106
Pembroke, NH 03275-

CJD 216 (12/14/15)