FILED - USDC -NH
2024 APR 17 AM 10:52

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                                 Civil No. **1:24-cv-00055**
                                                    Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan
Eric Stephan

# MEMORANDUM OF LAW IN SUPPORT MOTION TO AMEND COMPLAINT

Federal Rule of Civil Procedure 15 allows the plaintiff ,to amend the complaint once without the courts permission within 21 days of serving the original complaint, or any point before the defendants answer the complaint.

Date 4/15/24

_____
Michael Sean Speight
100 Main Street #106
Pembroke, NH 03275