FILED - USDC -NH
2024 APR 17 AM 10:52

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW HAMPSHIRE**

Michael Sean Speight

V.                                             Civil No. **1:24-cv-00055**
                                               Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan
Eric Stephan

## AFFIDAVIT IN SUPPORT OF MOTION TO AMEND COMPLAINT

I Michael Sean Speight swear under the pains and penalty of perjury , that everything is true and correct to the best of my knowledge.

1.

Date 4/15/24

*[signature]*

Michael Sean Speight

100 Main Street #106

Pembroke, NH 03275

2.