**10TH CIRCUIT - FAMILY DIVISION - DERRY**

# CASE SUMMARY
## CASE NO. 622-2022-DM-00139

| | | |
|---|---|---|
| In the Matter of Michael Speight and Amanda Kaelblein | § § § § | Location: 10th Circuit - Family Division - Derry<br>Filed on: 06/03/2022 |

### CASE INFORMATION

Case Type: **Individual Parenting Petition**

Case Status: **01/16/2024 Closed**

### CASE ASSIGNMENT

**Current Case Assignment**
Case Number: 622-2022-DM-00139
Court: 10th Circuit - Family Division - Derry
Date Assigned: 06/03/2022

### PARTY INFORMATION

**Petitioner**    Speight, Michael
*100 Main Street APT # 106*
*Pembroke, NH 03275-1240*

**Respondent**    Kaelblein, Amanda
*48 Richardson Rd*
*Melrose, MA 01276*

                                                                                     Weber, Kristen L., ESQ
                                                                                     *Retained*
                                                                                   603-386-6118(F)
                                                                                  603-880-6100(W)
                                                              *Fricano & Weber PLLC*
                                                             *54 Technology Way Ste*
                                                                                              *4E2*
                                                               *Nashua, NH 03060*
                                                      kweber@cfw-lawyers.com

**Child**    Speight, Vivian

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/03/2022 | Individual Parenting Petition | Index #1 |
| 06/03/2022 | Financial Affidavit<br>    Party: Petitioner Speight, Michael<br>    *Petitioner.* | Index #2 |
| 06/03/2022 | Motion to Waive Filing Fee<br>    Party: Petitioner Speight, Michael<br>    *Filed by the Petitioner.* | Index #3 |
|   06/06/2022 |     Granted (Judicial Officer: Zaino, Michael J ) | |
| 06/06/2022 | Important Notice to Parties | Index #4 |
| 06/06/2022 | CIP Notice Sent to Petitioner | Index #5 |
| 06/06/2022 | CIP Notice Sent to Respondent | Index #6 |
| 06/06/2022 | Instruction for Service | Index #7 |

*Printed on 03/11/2024 at 11:34 AM*

| Date | Entry | Index |
|---|---|---|
| 07/07/2022 | Return of Service<br>*In Hand* | *Index #8* |
| 07/07/2022 | Appearance<br>Party: Attorney Ryan, Michael T., ESQ<br>*Appearance of Attorney Michael Ryan for the Petitioner.* | *Index #9* |
| 07/13/2022 | Appearance<br>Party: Respondent Kaelblein, Amanda<br>*Respondent Appearing Pro Se.* | *Index #10* |
| 07/14/2022 | Rule of Court Notice<br>*To the Respondent returning Motion as she did not CC the other sides counsel of record.* | *Index #11* |
| 07/19/2022 | Obj-Motion to Dismiss<br>Party: Attorney Ryan, Michael T., ESQ<br>*Petitioners Objection to the Respondents Motion to Dismiss.* | *Index #12* |
| 07/20/2022 | **First Appearance**<br>*TELEPHONIC Call 603-766-5646 Participant Code 116417; PLEASE CALL PROMPTLY AT THE TIME LISTED ON THIS NOTICE.* | |
| 07/21/2022 | Motion to Dismiss<br>Party: Respondent Kaelblein, Amanda<br>*Respondents Motion to Have the Case Dismissed/Moved to Massachusetts.* | *Index #13* |
| 07/21/2022 | Denied (Judicial Officer: Steckowych, Kerry P ) | |
| 07/21/2022 | Motion<br>Party: Respondent Kaelblein, Amanda<br>*Respondents Motion for Michael "Sean" Speights to Establish Paternity.* | *Index #14* |
| 08/01/2022 | Order Issued (Judicial Officer: Steckowych, Kerry P )<br>*"Motion to be scheduled for hearing as docket permits."* | |
| 09/27/2022 | Denied (Judicial Officer: Steckowych, Kerry P )<br>*SEE ORDER ISSUED ON 09/27/2022 (Index #22).* | |
| 07/21/2022 | Letter<br>*To Respondent returning attachments to motions.* | *Index #15* |
| 08/01/2022 | Objection<br>Party: Attorney Ryan, Michael T., ESQ<br>*Petitioners Objection to Respondents Motion to Establish Paternity (#14).* | *Index #16* |
| 08/02/2022 | Appearance<br>Party: Attorney Weber, Kristen L., ESQ<br>*Appearance of Attorney Kristen Weber for the Respondent.* | *Index #17* |
| 08/05/2022 | Motion<br>Party: Attorney Ryan, Michael T., ESQ<br>*Petitioners Motion for Temporary Orders.* | *Index #18* |
| 08/17/2022 | Granted in Part (Judicial Officer: Zaino, Michael J )<br>*"Motion granted in part. Temporary hearing to be scheduled once paternity testing confirms parent status. Parties may discuss at the 09/26/2022 hearing."* | |
| 08/16/2022 | UCCJEA Affidavit | *Index #19* |

|  |  |  |
|---|---|---|
| | Party: Respondent Kaelblein, Amanda<br>*Filed by the Respondent.* | |
| 08/16/2022 | Objection<br>Party: Attorney Weber, Kristen L., ESQ<br>*Respondents Objection to Petitioners Motion for Temporary Orders (#18).* | *Index #20* |
| 09/12/2022 | CIP Certificate - Respondent<br>Party: Respondent Kaelblein, Amanda<br>*Completed on 08/13/2022.* | *Index #21* |
| 09/26/2022 | **Hearing on Motion(s)**<br>*RE: Motion to Establish Paternity (#'s 14 & 16) \*IN PERSON\** | |
| 09/27/2022 | Order (Judicial Officer: Steckowych, Kerry P )<br>*"After hearing from both parties and reviewing the exhibits presented by both, the court hereby finds that mother has not met her burden of proof, and therefore, her motion to establish paternity is respectfully denied." SEE ORDER FOR MORE* | *Index #22* |
| 09/27/2022 | Order Issued (Judicial Officer: Steckowych, Kerry P ) | |
| 09/29/2022 | CIP Certificate - Petitioner<br>Party: Petitioner Speight, Michael<br>*Completed on 09/10/2022.* | *Index #23* |
| 10/20/2022 | Withdrawal<br>Party: Attorney Ryan, Michael T., ESQ<br>*Withdrawal of Attorney Michael Ryan for the Petitioner.* | *Index #24* |
| 10/20/2022 | Motion to Withdraw Attorney<br>Party: Attorney Ryan, Michael T., ESQ<br>*Motion to Withdraw Appearance of Attorney Michael Ryan for the Petitioner.* | *Index #25* |
| 11/02/2022 | Granted (Judicial Officer: Steckowych, Kerry P ) | |
| 10/20/2022 | Response<br>Party: Petitioner Speight, Michael<br>*Petitioners Response to Respondents Objection to Petitioners Motion for Temporary Orders.* | *Index #26* |
| 11/02/2022 | Letter re Withdrawal of Counsel<br>*To Michael.* | *Index #27* |
| 11/07/2022 | Motion to Compel Mandatory Disclosure Rule 1.25<br>Party: Attorney Weber, Kristen L., ESQ<br>*Filed by the Respondent.* | *Index #28* |
| 11/15/2022 | Moot (Judicial Officer: Alfano, Michael L ) | |
| 11/09/2022 | Returned Mail<br>*Returned Mail for Michael. Updated Address and Resent Mail on 11/09/2022.* | *Index #29* |
| 11/14/2022 | Financial Affidavit<br>Party: Respondent Kaelblein, Amanda<br>*Respondent.* | *Index #30* |
| 11/14/2022 | Proposed Parenting Plan<br>Party: Attorney Weber, Kristen L., ESQ<br>*Proposed by the Respondent.* | *Index #31* |

| | | |
|---|---|---|
| 11/14/2022 | **Proposed Decree**<br>Party: Attorney Weber, Kristen L., ESQ<br>*Proposed by the Respondent.* | *Index #32* |
| 11/15/2022 | **Temporary Hrg. & Structuring Conf.** (Judicial Officer: Alfano, Michael L)<br>*\*IN PERSON\** | |
| 11/15/2022 | **Admin** (Judicial Officer: Alfano, Michael L) | |
| 11/15/2022 | **Proposed Parenting Plan**<br>Party: Petitioner Speight, Michael<br>*Proposed by the Petitioner.* | *Index #33* |
| 11/15/2022 | **Proposed Decree**<br>Party: Petitioner Speight, Michael<br>*Proposed by the Petitioner.* | *Index #34* |
| 11/15/2022 | **Motion**<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion to Deny Amanda Kalbleins Parenting Plan.* | *Index #35* |
| 11/15/2022 | Moot (Judicial Officer: Alfano, Michael L) | |
| 11/15/2022 | **Motion**<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion for Extensive Mental Health Evaluation on Amanda Kaelblein.* | *Index #36* |
| 11/15/2022 | Moot (Judicial Officer: Alfano, Michael L) | |
| 11/15/2022 | **Order** (Judicial Officer: Alfano, Michael L)<br>Order on November 15, 2022 Hearing - "The Court finds that jurisdiction cannot be waived, and the jurisdiction over this child properly lies in Massachusetts and not in New Hampshire." SEE ORDER FOR MORE | *Index #37* |
| 11/15/2022 | Order Issued (Judicial Officer: Alfano, Michael L) | |
| 11/15/2022 | **Dismissed** (Judicial Officer: Alfano, Michael L) | |
| 11/16/2022 | **Motion**<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion to Appeal to have this case moved to Massachusetts.* | *Index #38* |
| 11/16/2022 | Denied (Judicial Officer: Steckowych, Kerry P)<br>*"Denied, Petitioner is free to file an action on the commonwealth of Massachusetts."* | |
| 11/16/2022 | **Motion for Ex Parte Relief**<br>Party: Petitioner Speight, Michael<br>*Filed by the Petitioner.* | *Index #39* |
| 11/16/2022 | **Financial Affidavit**<br>Party: Petitioner Speight, Michael<br>*Petitioner.* | *Index #40* |
| 11/16/2022 | **Ex Parte Order** (Judicial Officer: Steckowych, Kerry P)<br>*"The NH Courts do not have jurisdiction over these parties as child does not live in NH."* SEE ORDER FOR MORE | *Index #41* |
| 11/16/2022 | Order Issued (Judicial Officer: Steckowych, Kerry P) | |

# Case Summary
### Case No. 622-2022-DM-00139

| Date | Event | Index |
|---|---|---|
| 11/16/2022 | **Order Issued** (Judicial Officer: Steckowych, Kerry P) | |
| 11/21/2022 | **Notice of Appeal to Supreme Court**<br>*Filed by the Petitioner.* | Index #42 |
| 12/02/2022 | **Supreme Court Order**<br>*Notice of Docketing and Mandatory E-Filing.* | Index #43 |
| 12/07/2022 | **Motion**<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion to Refer Perjury Charges to District Attorneys.* | Index #44 |
| 01/16/2024 | Denied (Judicial Officer: Steckowych, Kerry P ) | |
| 12/07/2022 | **Motion for Ex Parte Relief**<br>Party: Petitioner Speight, Michael<br>*Filed by the Petitioner.* | Index #45 |
| 12/07/2022 | **Objection**<br>Party: Attorney Weber, Kristen L., ESQ<br>*Respondents Objection to Petitioners Motion for Ex Parte, Emergency Visitation.* | Index #46 |
| 12/07/2022 | **Ex Parte Order** (Judicial Officer: Steckowych, Kerry P )<br>*"The NH Courts do not have jurisdiction over these parties as the child has not lived in NH. Further, the court ruling on the jurisdiction is pending appeal." SEE ORDER FOR MORE* | Index #47 |
| 12/07/2022 | Order Issued (Judicial Officer: Steckowych, Kerry P ) | |
| 12/20/2022 | **Supreme Court Order**<br>*"Case is accepted."* | Index #48 |
| 01/24/2023 | **Supreme Court Order**<br>*RE: Transcript Preparation.* | Index #49 |
| 12/29/2023 | **Supreme Court Order**<br>*Affirmed.* | Index #50 |
| 01/12/2024 | **Supreme Court Order**<br>*"Relief requested in motion for reconsideration denied."* | Index #51 |
| 01/12/2024 | **Supreme Court Certificate**<br>*"Relief requested in motion for reconsideration denied."* | Index #52 |
| 01/12/2024 | **Supreme Court Certificate**<br>*"Affirmed."* | Index #53 |

| TARGET DATE | TIME STANDARDS | |
|---|---|---|
| 12/18/2022<br>***Overdue*** | Obj - Other | 12/07/2022<br>***Open*** |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Petitioner** Speight, Michael | |
| | Total Charges | 1.00 |
| | Total Payments and Credits | 1.00 |
| | **Balance Due as of 03/11/2024** | **0.00** |

# NOTICE OF DECISION

MICHAEL T. RYAN, ESQ
LAW OFFICES OF MICHAEL T RYAN
145 S MAIN ST
BRADFORD MA  01835

Case Name:     In the Matter of Michael Speight and Amanda Kaelblein
Case Number:   622-2022-DM-00139

Please be advised that on July 21, 2022 the Court made the following Order relative to:

> Respondent's Motion to Have the Case Dismissed/Moved to Massachusettes; DENIED

STECKOWYCH, J

July 21, 2022

Robin E. Pinelle
Clerk of Court

(622673)

C: Amanda Kaelblein