# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

RECEIVED JUN - 3 2022 BY:___

Court Name: _____

Case Name: _____

Case Number: 622-2022-DM-139
(if known)

## PARENTING PETITION
**This form replaces the former "Petition for Custody"**

1. Petitioner Name  Michael Speight  Relationship to Child  FATHER
   Date of Birth  1/8/70   E-mail Address  Speight6317 AT Gmail
   Residence Address  153 #L N Shore RD Derry NH 03038
   Mailing Address (if different) _____
   Telephone (Cell) 978-684-2196 (Home) _____ (Work) _____

2. Respondent Name  Amanda Kaelblein  Relationship to Child  MOTHER
   Date of Birth  10/3/87   E-mail Address  AmandaKaelblein@yahoo
   Residence Address  48 Richerson RD Melrose MA 02176
   Mailing Address (if different) _____
   Telephone (Cell) 617-771-8815  (Home) _____ (Work) _____

3. Length of time petitioner has been a resident of New Hampshire  1 yr.
   Length of time child(ren) has resided in New Hampshire  1 yr.

4. List minor children born to or adopted by the parties:

| Name | Date of Birth | Current Address |
|---|---|---|
| Vivian Speight | 6/3/17 | with mother |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Questions 5 – 9 are required under RSA 458-A, the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA).**
It is important that you answer these questions with as much detail and accuracy as possible. Lack of adequate information could significantly delay orders being issued in your case.

There are several situations that might result in New Hampshire exercising jurisdiction over child/ren. The continuous presence of the child/ren in New Hampshire for six (6) months is not the only basis for jurisdiction. In some emergency situations, the court may be able to exercise jurisdiction on a temporary basis.

Case Name: _____
Case Number: _____
**PARENTING PETITION**

5. List the places where the minor child/ren of the parties has/have lived in the last **five (5) years** and the names of the people they lived with at that time, if you know. Start with where the child lives now and work backward in time.

| Dates From/To | Town/City, State | Parent(s)/Caretaker | Current Address/Contact Address of Parent/Caretaker | Which Child/ren |
|---|---|---|---|---|
| 2017 2019 | ANDOVER | BOTTI | RIVER RD | |
| | | | | |
| 2019 2020 | ANDOVER | BOTTI | RIVER RD | |

If more space is needed, attach Extra Page (Form NHJB-2656-FP).
☐ I have attached Form NHJB-2656-FP because additional space was needed.
2021 - 2022   DERRY

6. Are there any person(s), not a party to this proceeding, who have physical custody of the child/ren or who claim to have custody, physical custody or parenting time rights?   ☐ Yes   ☑ No
   If yes, list name(s) and address(es) of person(s):

_____
_____
_____
_____

7. Check one of the following:
   ☐ I **have not** participated in any court case(s) concerning the custody, visitation, parenting time or placement of the child/ren in this or any other state.
   **OR**
   ☑ I **have** participated in court case(s) concerning the custody, visitation, parenting time or placement of the child/ren in this or any other state. I have participated in the following:

| Name of Court | State | Case No. | Date of Court Order |
|---|---|---|---|
| CANTON PROBATE | MA | | 2018 |
| | | | |
| | | | |
| | | | |

8. Are there any actions for enforcement, or proceedings relating to domestic violence, domestic relations, protective orders, marriage dissolution, paternity, legitimation, custody, parental rights and responsibilities, termination of parental rights, adoption, juvenile, or other proceedings in any court in any state affecting any children named in this petition or parents of those children?   ☐ Yes   ☑ No
If yes, complete the following:

| Name of Court | State | Case No. | Type of Court Case |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Case Name: _____

Case Number: _____

**PARENTING PETITION**

9. Optional: ☐ I am alleging, under oath, that my or my child/ren's health, safety, or liberty would be jeopardized by the disclosure of identifying information set forth in this Petition. To support my allegation, I state as follows:

_____

_____

_____

_____

10. Please check one of the following regarding public assistance.
    ☑ No public assistance (TANF) is now being or has within the last 6 months been provided, nor is medical assistance (Medicaid) presently being provided, for any minor child of the parties.

    ☐ The N. H. Department of Health and Human Services is providing or has provided within the last 6 months public assistance (TANF) and/or medical assistance (Medicaid) for a minor child or children of the parties. If you check this box, you must mail copies of this petition and the Personal Data Sheet **(NHJB-2077-F)** to DHHS at:
    New Hampshire Department of Health and Human Services
    Bureau of Child Support Services - Legal Unit
    129 Pleasant Street
    Concord, NH 03301

11. Requests for court orders:
    A. TEMPORARY. The Petitioner respectfully requests that the Court issue temporary orders on any of the following issues. **(Check all that apply)**. A temporary order is in effect until the final hearing.
       ☐ Child support    ☐ Parenting Plan    ☐ Other _____

    B. FINAL. The Petitioner respectfully requests that the Court issue a final order approving or establishing the following **(Check all that apply)**:
       ☑ A parenting plan which describes the parties' parental rights and responsibilities relating to minor children;
       ☑ Child support obligations for any minor children;
       ☐ Any other relief which may be appropriate;
       ☑ Other: CUSTODY

**I acknowledge that I have a continuing duty to inform the court of any court action in this or any other state that could affect the child/ren in this case.**

I swear or affirm that the foregoing information is true and correct to the best of my knowledge.

Date: 6/3/24

Signature of Petitioner: [signature]

State of __NH__, County of __Rockingham__

This instrument was acknowledged before me on __6/3/22__ by __Michael Speight__

My Commission Expires __1523__
Affix Seal, if any

Signature of Notarial Officer / Title: [signature]

SARAH E. [Notary Public]
State of New Hampshire
My Commission Expires

_____
Signature of Attorney for Petitioner

_____
Printed Name, Address and Phone Number of Attorney          Bar #

NHJB-2061-F (04/30/2021)                                    Page 3 of 3

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit-Family Division-Derry
10 Courthouse Lane
Derry, NH 03038

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

**RETURN OF SERVICE**


RECEIVED JUL 07 2022 BY:

Case Name: _____
Case Numbers: _____

---



**Middlesex Sheriff's Office** • 400 Mystic Ave, 3rd Floor, Medford, MA 02155 • 617-547-1171
Middlesex, ss.

June 30, 2022

I hereby certify and return that on 6/30/2022 at 7:05 AM I served a true and attested copy of the NOTICE TO PARTIES, MOTION TO WAIVE FILING FEES, PARENTING PETITION, APPEARANCE/WITHDRAWAL, CHECK LIST & COVER SHEET, INFORMATION ABOUT RULE 1.25-A, CUSTODY AFFIDAVIT, MEDIATION, CHILD IMPACT PROGRAM NOTICE, FINANCIAL AFFIDAVIT, in this action in the following manner: To wit, by leaving at the last and usual place of abode of AMANDA KAELBLEIN, 48 RICHARDSON RD MELROSE, MA 02176. Fees: Out of State Service ($100.00) Total: $100.00

PRO SE INSTRUCTED US TO LEAVE LAST AND USUAL

SUBSCRIBED AND SWORN TO
THIS 30th DAY OF June 2022
_Donna M. Downing_
NOTARY PUBLIC
MY COMMISSION EXPIRES 7/26/2024

(Seal: DONNA M. DOWNING, MY COMMISSION EXPIRES JULY 26 2024, COMMONWEALTH OF MASSACHUSETTS NOTARY PUBLIC)

_Laurie Aufiero_
Laurie Aufiero
Deputy Sheriff

---

named _____ being _____
Street in _____ in said County, _____
a copy of the attached pleading and order of notice thereon, attested as such by _____, Clerk of the Family Division for the County of _____, and State of New Hampshire, of which the foregoing is a true copy. I am authorized to serve similar process in the County where service was made.

_____
(Signature of Sheriff or Deputy) (Official Title)(Address)

**2B.**      Jurat of Clerk of Court or Notary Public

State of _____, County of _____
This instrument was acknowledged before me on _____ by _____
My Commission Expires _____
Affix Seal, if any      Signature of Notarial Officer / Title

**2C.**      Certificate of Clerk of Court or County Clerk

State of _____, County of _____
I, _____ Clerk of the _____ for the County of _____ and State of _____ do hereby certify that _____ whose name is subscribed to the foregoing return of service, was at the time of making the same a deputy sheriff _____ in and for said county, and as such was duly authorized to service similar process in said county.

In witness whereof I have hereto set my hand and official seal _____.

(OFFICIAL SEAL)

_____
(Signature of Official) (Official Title) (Address of Official)

NHJB-2396-F (07/01/2011)