3/9/24, 7:13 PM  Gmail - RE: Paperwork let me know you got it and send me the dismissed child support order **EXTERNAL EMAIL**

Case 1:24-cv-00055-LM-AJ   Document 19-6   Filed 06/03/24   Page 1 of 2

 **Gmail**  Sean Speight <speight6317@gmail.com>

# RE: Paperwork let me know you got it and send me the dismissed child support order **EXTERNAL EMAIL**

6 messages

---

**Stephan, Eric (DOR)** <stephane@dor.state.ma.us>  Wed, Nov 16, 2022 at 11:06 AM
To: Sean Speight <speight6317@gmail.com>

Thanks, Sean.

**From:** Sean Speight <speight6317@gmail.com>
**Sent:** Wednesday, November 16, 2022 5:53 AM
**To:** Stephan, Eric (DOR) <stephane@dor.state.ma.us>
**Subject:** Paperwork let me know you got it and send me the dismissed child support order **EXTERNAL EMAIL**

---

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

---

CAUTION: This is an EXTERNAL email. Do not open attachments or click on links unless you have confirmed the identity of the sender.

---

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this mail in error please notify the postmaster at dor.state.ma.us.

---

**Sean Speight** <speight6317@gmail.com>  Wed, Nov 16, 2022 at 11:18 AM
To: "Stephan, Eric (DOR)" <stephane@dor.state.ma.us>

We are waiting for the dismissal Derry family court , Amanda lawyer and me
So the quicker we have it the faster I can give to everyone
[Quoted text hidden]

---

**Stephan, Eric (DOR)** <stephane@dor.state.ma.us>  Wed, Nov 16, 2022 at 11:21 AM
To: Sean Speight <speight6317@gmail.com>

The case isn't going to be dismissed in MA until the Judge takes a look at the paperwork at the next hearing date, which hasn't even been scheduled yet.

**From:** Sean Speight <speight6317@gmail.com>
**Sent:** Wednesday, November 16, 2022 11:18 AM
**To:** Stephan, Eric (DOR) <stephane@dor.state.ma.us>
**Subject:** Re: Paperwork let me know you got it and send me the dismissed child support order **EXTERNAL EMAIL**

[Quoted text hidden]

---

**Sean Speight** <speight6317@gmail.com>                                                          Wed, Nov 16, 2022 at 11:58 AM
To: "Stephan, Eric (DOR)" <stephane@dor.state.ma.us>

Ok but u see the box for child support is checked he has no jurisdiction,so we coear
[Quoted text hidden]

---

**Sean Speight** <speight6317@gmail.com>                                                          Thu, Nov 17, 2022 at 12:10 PM
To: "Stephan, Eric (DOR)" <stephane@dor.state.ma.us>

I need to know where I get the transcript from that hearing with the judge ,Its record but I need transcripts for supreme court in nh
[Quoted text hidden]

---

**Stephan, Eric (DOR)** <stephane@dor.state.ma.us>                                                Thu, Nov 17, 2022 at 12:17 PM
To: Sean Speight <speight6317@gmail.com>

You'd get that from the Court.

**From:** Sean Speight <speight6317@gmail.com>
**Sent:** Thursday, November 17, 2022 12:11 PM
**To:** Stephan, Eric (DOR) <stephane@dor.state.ma.us>
**Subject:** Re: Paperwork let me know you got it and send me the dismissed child support order **EXTERNAL EMAIL**

[Quoted text hidden]