UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| MICHAEL SEAN SPEIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:24-cv-00055-LM-AJ |
| AMANDA KAELBLEIN, MICHAEL KAELBLEIN, NANCY KAELBLEIN, JUDGE GEORGE PHELAN, and ERIC STEPHAN, | ) |
| Defendants. | ) |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE FOR
DEFENDANTS MICHAEL KAELBLEIN AND NANCY KAELBLEIN'S
MOTION TO EXTEND THE TIME TO FILE A MOTION TO DISMISS
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND/OR TO SET ASIDE ENTRY OF DEFAULT**

Defendants Michael Kaelblein and Nancy Kaelblein hereby submit their Notice of Amended Certificates of Service for their Motion to Extend the Time to File a Motion to Dismiss or Otherwise Respond to Plaintiff's Complaint and/or to Set Aside Entry of Default and in support thereof state as follows:

1. Through inadvertence, a copy of Defendants Michael Kaelblein and Nancy Kaelblein's Motion to Extend the Time to File a Motion to Dismiss or Otherwise Respond to Plaintiff's Complaint and/or to Set Aside Entry of Default Judgment was not placed in the mail to Plaintiff when filed with the Court on June 7, 2024.

2. Counsel hereby amends its certificate of service to state that a copy of that pleading was sent via e-mail and first-class mail to Plaintiff today, June 11, 2024.

        Respectfully submitted,
Michael Kaelblein and Nancy Kaelblein
By their Attorneys
Welts, White & Fontaine, P.C.

Date: 6/11/2024　　　　By: */s/ Nicole Fontaine Dooley*
Nicole Fontaine Dooley, Esq.
NH Bar No. 266186
29 Factory St./P.O. Box 507
Nashua, NH 03061-0507
(603) 883-0797
nfontainedooley@lawyersnh.com

## CERTIFICATE OF SERVICE

I, Nicole Fontaine Dooley, hereby certify that on June 11, 2024, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by first class mail to non-registered participants.

*/s/ Nicole Fontaine Dooley*
Nicole Fontaine Dooley