UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| MICHAEL SEAN SEIGHT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:24-cv-00055-LM-AJ |
| AMANDA KAELBLEIN, MICHAEL KAELBLEIN, NANCY KAELBLEIN, JUDGE GEORGE PHELAN, and ERIC STEPHAN, | ) | |
| Defendants. | ) | |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE FOR DEFENDANTS MICHAEL KAELBLEIN AND NANCY KAELBLEIN'S OBJECTION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST AMANDA KAELBLEIN, MICHAEL KAELBLEIN, AND NANCY KAELBLEIN <u>UNDER RULE 55(A) FOR FAILURE TO STATE A DEFESES AND OBJECTION</u>**

Defendants Michael Kaelblein and Nancy Kaelblein hereby submit their Notice of Amended Certificate of Service for their Objection to Plaintiff's Motion for Default Judgment Against Amanda KaelBlein, Michael Kaelblain, and Nancy Kaelblein Under Rule 55(A) for Failure to State a Defenses and Objection as follows:

1. Through inadvertence, a copy of Defendants Michael Kaelblein and Nancy Kaelblein's Objection to Plaintiff's Motion for Default Judgment Against Amanda KaelBlein, Michael Kaelblain, and Nancy Kaelblein Under Rule 55(A) for Failure to State a Defenses and Objection was not placed in the mail to Plaintiff when filed with the Court on June 7, 2024.

2. Counsel hereby amends its certificate of service to state that a copy of that pleading was sent to Plaintiff via e-mail and first-class mail today, June 11, 2024.

                                                   Respectfully submitted,
                                                   Michael Kaelblein and Nancy Kaelblein
                                                   By their Attorneys
                                                 Welts, White & Fontaine, P.C.

Date:  6/11/2024                       By:  */s/ Nicole Fontaine Dooley*
                                                             Nicole Fontaine Dooley, Esq.
                                                             NH Bar No. 266186
                                                             29 Factory St./P.O. Box 507
                                                             Nashua, NH 03061-0507
                                                             (603) 883-0797
                                                             nfontainedooley@lawyersnh.com

## CERTIFICATE OF SERVICE

     I, Nicole Fontaine Dooley, hereby certify that on June 11, 2024, this document was filed through the ECF system and sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and by first class mail to non-registered participants.

                                                         */s/ Nicole Fontaine Dooley*
                                                         Nicole Fontaine Dooley