# CASE SUMMARY
## CASE NO. 622-2022-DM-00139

| | | | |
|---|---|---|---|
| In the Matter of Michael Speight and Amanda Kaelblein | § § § § | Location: Filed on: | 10th Circuit - Family Division - Derry 06/03/2022 |

### CASE INFORMATION

Case Type: **Individual Parenting Petition**

Case Status: **01/16/2024 Closed**

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** Case Number 622-2022-DM-00139 Court 10th Circuit - Family Division - Derry Date Assigned 06/03/2022 |

### PARTY INFORMATION

| | | |
|---|---|---|
| Petitioner | Speight, Michael *100 Main Street APT # 106 Pembroke, NH 03275-1240* | |
| Respondent | Kaelblein, Amanda *48 Richardson Rd Melrose, MA 01276* | Weber, Kristen L., ESQ *Retained* 603-386-6118(F) 603-880-6100(W) *Fricano & Weber PLLC 54 Technology Way Ste 4E2 Nashua, NH 03060* kweber@cfw-lawyers.com |
| Child | Speight, Vivian | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/03/2022 | Individual Parenting Petition | Index #1 |
| 06/03/2022 | Financial Affidavit  Party: Petitioner Speight, Michael  *Petitioner.* | Index #2 |
| 06/03/2022 | Motion to Waive Filing Fee  Party: Petitioner Speight, Michael  *Filed by the Petitioner.* | Index #3 |
| 06/06/2022 | Granted (Judicial Officer: Zaino, Michael J ) | |
| 06/06/2022 | Important Notice to Parties | Index #4 |
| 06/06/2022 | CIP Notice Sent to Petitioner | Index #5 |
| 06/06/2022 | CIP Notice Sent to Respondent | Index #6 |
| 06/06/2022 | Instruction for Service | Index #7 |

# CASE SUMMARY
## CASE NO. 622-2022-DM-00139

| Date | Entry | Index |
|---|---|---|
| 07/07/2022 | **Return of Service**<br>*In Hand* | *Index #8* |
| 07/07/2022 | **Appearance**<br>Party: Attorney Ryan, Michael T., ESQ<br>*Appearance of Attorney Michael Ryan for the Petitioner.* | *Index #9* |
| 07/13/2022 | **Appearance**<br>Party: Respondent Kaelblein, Amanda<br>*Respondent Appearing Pro Se.* | *Index #10* |
| 07/14/2022 | **Rule of Court Notice**<br>*To the Respondent returning Motion as she did not CC the other sides counsel of record.* | *Index #11* |
| 07/19/2022 | **Obj-Motion to Dismiss**<br>Party: Attorney Ryan, Michael T., ESQ<br>*Petitioners Objection to the Respondents Motion to Dismiss.* | *Index #12* |
| 07/20/2022 | **First Appearance**<br>*TELEPHONIC Call 603-766-5646 Participant Code 116417; PLEASE CALL PROMPTLY AT THE TIME LISTED ON THIS NOTICE.* | |
| 07/21/2022 | **Motion to Dismiss**<br>Party: Respondent Kaelblein, Amanda<br>*Respondents Motion to Have the Case Dismissed/Moved to Massachusetts.* | *Index #13* |
|   07/21/2022 | Denied (Judicial Officer: Steckowych, Kerry P ) | |
| 07/21/2022 | **Motion**<br>Party: Respondent Kaelblein, Amanda<br>*Respondents Motion for Michael "Sean" Speights to Establish Paternity.* | *Index #14* |
|   08/01/2022 | Order Issued (Judicial Officer: Steckowych, Kerry P )<br>*"Motion to be scheduled for hearing as docket permits."* | |
|   09/27/2022 | Denied (Judicial Officer: Steckowych, Kerry P )<br>*SEE ORDER ISSUED ON 09/27/2022 (Index #22).* | |
| 07/21/2022 | **Letter**<br>*To Respondent returning attachments to motions.* | *Index #15* |
| 08/01/2022 | **Objection**<br>Party: Attorney Ryan, Michael T., ESQ<br>*Petitioners Objection to Respondents Motion to Establish Paternity (#14).* | *Index #16* |
| 08/02/2022 | **Appearance**<br>Party: Attorney Weber, Kristen L., ESQ<br>*Appearance of Attorney Kristen Weber for the Respondent.* | *Index #17* |
| 08/05/2022 | **Motion**<br>Party: Attorney Ryan, Michael T., ESQ<br>*Petitioners Motion for Temporary Orders.* | *Index #18* |
|   08/17/2022 | Granted in Part (Judicial Officer: Zaino, Michael J )<br>*"Motion granted in part. Temporary hearing to be scheduled once paternity testing confirms parent status. Parties may discuss at the 09/26/2022 hearing."* | |
| 08/16/2022 | **UCCJEA Affidavit** | *Index #19* |

# CASE SUMMARY
## CASE NO. 622-2022-DM-00139

|  |  |  |
|---|---|---|
| | Party: Respondent Kaelblein, Amanda<br>*Filed by the Respondent.* | |
| 08/16/2022 | **Objection**<br>Party: Attorney Weber, Kristen L., ESQ<br>*Respondents Objection to Petitioners Motion for Temporary Orders (#18).* | Index #20 |
| 09/12/2022 | **CIP Certificate - Respondent**<br>Party: Respondent Kaelblein, Amanda<br>*Completed on 08/13/2022.* | Index #21 |
| 09/26/2022 | **Hearing on Motion(s)**<br>*RE: Motion to Establish Paternity (#'s 14 & 16) \*IN PERSON\** | |
| 09/27/2022 | **Order** (Judicial Officer: Steckowych, Kerry P )<br>*"After hearing from both parties and reviewing the exhibits presented by both, the court hereby finds that mother has not met her burden of proof, and therefore, her motion to establish paternity is respectfully denied." SEE ORDER FOR MORE* | Index #22 |
| 09/27/2022 | Order Issued (Judicial Officer: Steckowych, Kerry P ) | |
| 09/29/2022 | **CIP Certificate - Petitioner**<br>Party: Petitioner Speight, Michael<br>*Completed on 09/10/2022.* | Index #23 |
| 10/20/2022 | **Withdrawal**<br>Party: Attorney Ryan, Michael T., ESQ<br>*Withdrawal of Attorney Michael Ryan for the Petitioner.* | Index #24 |
| 10/20/2022 | **Motion to Withdraw Attorney**<br>Party: Attorney Ryan, Michael T., ESQ<br>*Motion to Withdraw Appearance of Attorney Michael Ryan for the Petitioner.* | Index #25 |
| 11/02/2022 | Granted (Judicial Officer: Steckowych, Kerry P ) | |
| 10/20/2022 | **Response**<br>Party: Petitioner Speight, Michael<br>*Petitioners Response to Respondents Objection to Petitioners Motion for Temporary Orders.* | Index #26 |
| 11/02/2022 | **Letter re Withdrawal of Counsel**<br>*To Michael.* | Index #27 |
| 11/07/2022 | **Motion to Compel Mandatory Disclosure Rule 1.25**<br>Party: Attorney Weber, Kristen L., ESQ<br>*Filed by the Respondent.* | Index #28 |
| 11/15/2022 | Moot (Judicial Officer: Alfano, Michael L ) | |
| 11/09/2022 | **Returned Mail**<br>*Returned Mail for Michael. Updated Address and Resent Mail on 11/09/2022.* | Index #29 |
| 11/14/2022 | **Financial Affidavit**<br>Party: Respondent Kaelblein, Amanda<br>*Respondent.* | Index #30 |
| 11/14/2022 | **Proposed Parenting Plan**<br>Party: Attorney Weber, Kristen L., ESQ<br>*Proposed by the Respondent.* | Index #31 |

# CASE SUMMARY
## CASE NO. 622-2022-DM-00139

| | | |
|---|---|---|
| 11/14/2022 | **Proposed Decree**<br>Party: Attorney Weber, Kristen L., ESQ<br>*Proposed by the Respondent.* | *Index #32* |
| 11/15/2022 | **Temporary Hrg. & Structuring Conf.** (Judicial Officer: Alfano, Michael L)<br>**IN PERSON** | |
| 11/15/2022 | **Admin** (Judicial Officer: Alfano, Michael L) | |
| 11/15/2022 | **Proposed Parenting Plan**<br>Party: Petitioner Speight, Michael<br>*Proposed by the Petitioner.* | *Index #33* |
| 11/15/2022 | **Proposed Decree**<br>Party: Petitioner Speight, Michael<br>*Proposed by the Petitioner.* | *Index #34* |
| 11/15/2022 | **Motion**<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion to Deny Amanda Kalbleins Parenting Plan.* | *Index #35* |
| 11/15/2022 | Moot (Judicial Officer: Alfano, Michael L ) | |
| 11/15/2022 | **Motion**<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion for Extensive Mental Health Evaluation on Amanda Kaelblein.* | *Index #36* |
| 11/15/2022 | Moot (Judicial Officer: Alfano, Michael L ) | |
| 11/15/2022 | **Order** (Judicial Officer: Alfano, Michael L )<br>*Order on November 15, 2022 Hearing - "The Court finds that jurisdiction cannot be waived, and the jurisdiction over this child properly lies in Massachusetts and not in New Hampshire." SEE ORDER FOR MORE* | *Index #37* |
| 11/15/2022 | Order Issued (Judicial Officer: Alfano, Michael L ) | |
| 11/15/2022 | **Dismissed** (Judicial Officer: Alfano, Michael L) | |
| 11/16/2022 | **Motion**<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion to Appeal to have this case moved to Massachusetts.* | *Index #38* |
| 11/16/2022 | Denied (Judicial Officer: Steckowych, Kerry P )<br>*"Denied. Petitioner is free to file an action on the commonwealth of Massachusetts."* | |
| 11/16/2022 | **Motion for Ex Parte Relief**<br>Party: Petitioner Speight, Michael<br>*Filed by the Petitioner.* | *Index #39* |
| 11/16/2022 | **Financial Affidavit**<br>Party: Petitioner Speight, Michael<br>*Petitioner.* | *Index #40* |
| 11/16/2022 | **Ex Parte Order** (Judicial Officer: Steckowych, Kerry P )<br>*"The NH Courts do not have jurisdiction over these parties as child does not live in NH." SEE ORDER FOR MORE* | *Index #41* |
| 11/16/2022 | Order Issued (Judicial Officer: Steckowych, Kerry P ) | |

# CASE SUMMARY
## CASE NO. 622-2022-DM-00139

| Date | Event | Index |
|---|---|---|
| 11/16/2022 | **Order Issued** (Judicial Officer: Steckowych, Kerry P) | |
| 11/21/2022 | Notice of Appeal to Supreme Court<br>*Filed by the Petitioner.* | Index #42 |
| 12/02/2022 | Supreme Court Order<br>*Notice of Docketing and Mandatory E-Filing.* | Index #43 |
| 12/07/2022 | Motion<br>Party: Petitioner Speight, Michael<br>*Petitioners Motion to Refer Perjury Charges to District Attorneys.* | Index #44 |
| 01/16/2024 | Denied (Judicial Officer: Steckowych, Kerry P ) | |
| 12/07/2022 | Motion for Ex Parte Relief<br>Party: Petitioner Speight, Michael<br>*Filed by the Petitioner.* | Index #45 |
| 12/07/2022 | Objection<br>Party: Attorney Weber, Kristen L., ESQ<br>*Respondents Objection to Petitioners Motion for Ex Parte, Emergency Visitation.* | Index #46 |
| 12/07/2022 | Ex Parte Order (Judicial Officer: Steckowych, Kerry P )<br>*"The NH Courts do not have jurisdiction over these parties as the child has not lived in NH. Further, the court ruling on the jurisdiction is pending appeal." SEE ORDER FOR MORE* | Index #47 |
| 12/07/2022 | Order Issued (Judicial Officer: Steckowych, Kerry P ) | |
| 12/20/2022 | Supreme Court Order<br>*"Case is accepted."* | Index #48 |
| 01/24/2023 | Supreme Court Order<br>*RE: Transcript Preparation.* | Index #49 |
| 12/29/2023 | Supreme Court Order<br>*Affirmed.* | Index #50 |
| 01/12/2024 | Supreme Court Order<br>*"Relief requested in motion for reconsideration denied."* | Index #51 |
| 01/12/2024 | Supreme Court Certificate<br>*"Relief requested in motion for reconsideration denied."* | Index #52 |
| 01/12/2024 | Supreme Court Certificate<br>*"Affirmed."* | Index #53 |

| TARGET DATE | TIME STANDARDS | |
|---|---|---|
| 12/18/2022<br>***Overdue*** | Obj - Other | 12/07/2022<br>***Open*** |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | Petitioner Speight, Michael | |
| | Total Charges | 1.00 |
| | Total Payments and Credits | 1.00 |
| | Balance Due as of 03/11/2024 | 0.00 |

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - Family Division - Derry  
10 Courthouse Lane  
Derry NH  03038  

Telephone: 1-855-212-1234  
TTY/TDD Relay: (800) 735-2964  
https://www.courts.nh.gov

## NOTICE OF DECISION

MICHAEL T. RYAN, ESQ  
LAW OFFICES OF MICHAEL T RYAN  
145 S MAIN ST  
BRADFORD MA  01835  

Case Name:    **In the Matter of Michael Speight and Amanda Kaelblein**  
Case Number:  **622-2022-DM-00139**

Please be advised that on August 01, 2022 the Court made the following Order relative to:

**Motion to Establish Paternity; ORDER ISSUED**  
**"Motion to be scheduled as the docket allows."**

**STECKOWYCH, J**

**Hearing notice to follow under separate cover.**

Any party obligated to pay child support is advised that it is his/her responsibility to keep the court (and the Division of Human Services if appropriate) advised of his/her current mailing address in writing, until such time as support payments are terminated.

August 01, 2022

Robin E. Pinelle  
Clerk of Court

(622673)

C:  Amanda Kaelblein

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

10th Circuit - Family Division - Derry  
10 Courthouse Lane  
Derry NH  03038

Telephone: 1-855-212-1234  
TTY/TDD Relay: (800) 735-2964  
https://www.courts.nh.gov

## NOTICE OF DECISION

MICHAEL T. RYAN, ESQ  
LAW OFFICES OF MICHAEL T RYAN  
145 S MAIN ST  
BRADFORD MA  01835

Case Name:  In the Matter of Michael Speight and Amanda Kaelblein  
Case Number:  622-2022-DM-00139

Please be advised that on July 21, 2022 the Court made the following Order relative to:

> Respondent's Motion to Have the Case Dismissed/Moved to Massachusettes; DENIED
>
> STECKOWYCH, J

July 21, 2022

(622673)

C:  Amanda Kaelblein

Robin E. Pinelle  
Clerk of Court

NHJB-2208-DF (07/01/2011)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: 10th Circuit - Family Division - Derry
Case Name: In the Matter of Michael Speight and Amanda Kaelblein
Case Number: 622-2022-DM-00139
(if known)

## DECREE ON PARENTING PETITION

**This decree is (choose one):**
☐ Agreed to by Parties   ☑ Proposed By **Amanda Kaelblein**
☐ Ordered by the Court after hearing on _____ at which ☐ petitioner ☐ respondent appeared.

**This decree is (choose one):**
☑ TEMPORARY. The completed paragraphs apply while this case is pending with this Court.
☐ FINAL. The completed paragraphs will be incorporated in the Court's final order.

1. **Parenting Plan and Uniform Support Order**   ☐ N/A
   ☑ See attached Parenting Plan and Uniform Support Order

2. **Dependents**   ☐ N/A
   ☑ The parties shall claim the minor child(ren) and/or other qualifying relative as dependent(s) for all income tax purposes, in the following manner:
   ☐ Petitioner, if otherwise qualified under federal/state law, shall be entitled to claim
   _____
   as tax dependent(s) for ☐ all years ☐ even years ☐ odd years ☐ other
   _____

   ☑ Respondent, if otherwise qualified under federal/state law, shall be entitled to claim
   **Vivian Speight**
   as tax dependent(s) for ☑ all years ☐ even years ☐ odd years ☐ other
   _____

   ☐ A parent may only claim a child as a dependent if that parent is current on child support for the applicable tax year.

3. **Guardian *ad Litem* Fees**   ☑ N/A
   ☐ See Order on Appointment of Guardian *ad Litem*
   ☐ Other: _____

4. **Life Insurance**   ☐ N/A
   ☑ **Michael Speight** shall maintain a life insurance policy in the minimum amount of $ **150,000.00** designating **Amanda Kaelblein** as trustee for the benefit of the child(ren). This obligation shall continue as long as the insured is obligated to pay support.
   ☐ Other: _____

NHJB-2078-F (03/28/2018)   Page 1 of 3

Case Name: <u>**In the Matter of Michael Speight and Amanda Kaelblein**</u>
Case Number: <u>**622-2022-DM-00139**</u>
**DECREE ON PARENTING PETITION**

5. **Enforceability After Death** ☐ N/A
   ☑ The terms of this decree shall be a charge against each party's estate.

6. **Restraining Order** ☐ N/A
   ☑ <u>Michael Speight</u> _____ is restrained and enjoined from entering the home or the place of employment of the other party, and from harassing, intimidating or threatening the other party or his/her relatives or other household members.

   ☐ Other: _____

7. **Other Requests**
   ☑ **Attorney's Fees:** Any party that unreasonably fails to comply with this decree or other court orders (including "Uniform Support Order") may be responsible to reimburse the other party for whatever costs, including reasonable attorney's fees, that may be incurred in order to enforce compliance.

   ☑ **Change in address or employment:** Each party shall promptly notify the other of any change in his/her address or telephone number, and of any material change in employment as long as there are any continuing obligations under this decree. "Material change" will include availability of medical, dental or life insurance and any substantial increase or decrease in earnings or other income.

   ☐ **Compliance with Rule 1.25-A:**
      ☐ The parties complied fully with Rule 1.25-A; or
      ☐ The parties agreed to limit their document exchange under Rule 1.25-A.

   ☑ **Miscellaneous:**

   **Respondent has fully complied with Rule 1.25-A, Petitioner has not complied**

8. **Post-Secondary Educational Expenses** ☑ N/A
   IMPORTANT NOTE: <u>The court cannot order parties to pay for college</u> or other educational expenses beyond the completion of high school <u>unless BOTH parties agree</u>. However, if the parties agree to contribute to these expenses by checking the boxes in Section 4, below, <u>this agreement will become an enforceable order of the court.</u>

   ☐ The parties agree to contributions to college or other educational expenses beyond the completion of high school in the following manner:
   Type of contribution (check all that apply):
   ☐ Contributions to an account by ☐ Petitioner ☐ Respondent ☐ Both
      (Specify the amount and frequency of contributions and account information. Also specify what will happen to the contributions in the event the child does not incur post-secondary educational expenses):
      _____
      _____
      _____

   ☐ Contribution of an asset:
      (Specify the account or other asset being contributed and its current balance or value. If an asset is identified specify how the asset will be used. Also specify what will happen to the contributions in the event the child does not incur post-secondary educational expenses):
      _____
      _____

Case Name: _____
Case Number: _____
**DECREE ON PARENTING PETITION**

☐ Payments shall be made as post-secondary education expenses are incurred.
   Payments shall be made by ☐ Petitioner ☐ Respondent ☐ Both
   (Specify amount to be paid by each party or the percentage or other formula agreed upon to determine the post-secondary education expense obligation agreed to by the parties):

_____
_____
_____

Select one of the following:
☐ Both parties agree that this post-secondary educational expense agreement IS modifiable based on a substantial change in circumstances that was not foreseeable when the agreement was signed.

☐ Both parties agree that this post-secondary education expense agreement is NOT modifiable and the specific dollar amount to be contributed by either or both parents is set forth above.

Note: Before any court hearing to modify or enforce the agreement described above, the parties shall participate in mediation.

I/we request that the Court approve this decree.

_____          _____
Date                              Signature of Petitioner

_____          _____
Date                              Signature of Attorney/Witness for Petitioner

11/10/2022                        [signature]
Date                              Signature of Respondent

11/10/22                          _____
Date                              Signature of Attorney/Witness for Respondent

I certify that on this date I provided a copy of this document to _____ (other party) or to
_____ (other party's attorney) by: ☐ Hand-delivery OR ☐ US Mail OR
☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

_____          _____
Date                              Signature

**Recommended:**

_____          _____
Date                              Signature of Marital Master

                                  _____
                                  Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

_____          _____
Date                              Signature of Judge

                                  _____
                                  Printed Name of Judge

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: __10th Circuit - Family Division - Derry__

Case Name: __In the Matter of Michael Speight and Amanda Kaelblein__

Case Number: __622-2022-DM-00139__
(if known)

## FINANCIAL AFFIDAVIT

| 1. General Information | |
|---|---|
| Name __Amanda Kaelblein__ | |
| Street Address __48 Richardson Road__ | |
| Town/City, State, Zip __Melrose, MA__ | |
| Mailing Address, if different _____ | |
| Date of Birth __10/03/1987__ | |
| Social Security Number __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__ | |
| Highest Grade or Degree Completed __High School Diploma__ | |
| Date of Marriage _____ | |
| Date of Separation or Divorce _____ | |

2. Children born to, or adopted by, the Parties (Full Name, DOB, and SSN)
__Vivian Speight, 6/03/2017, 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__

2a. Number of people currently living in household including self: __4__

3. Employment Information
Name, Address, and Phone Number of Employer
__Winchester Hospital__
__620 Washington Street__
__(781) 756-8884__

Date and Place of Last Employment
__Melrose/Wakefield Hospital 2004-2017__

Job Skills

| 4. Monthly Income - Miscellaneous | |
|---|---|
| AFDC, TANF, and Food Stamps | $ 0.00 |
| Other Public Assistance | $ 0.00 |
| Children's Income | $ 0.00 |
| Child Support | $ 0.00 |
| **5. Monthly Income Before Taxes** | |
| Base Pay from Salary, Wages | $ 5,715.60 |
| Overtime and Shift Differential | $ 0.00 |
| Commissions, Tips, Bonuses | $ 0.00 |
| Part-time Employment | $ 0.00 |
| Self-employment | $ 0.00 |
| Unemployment and Veteran's Benefits | $ 0.00 |
| Disability, Workers' Compensation | $ 0.00 |
| Pension and Retirement Benefits | $ 0.00 |
| Social Security Benefits (SSA) | $ 0.00 |
| Interest and Dividends | $ 0.00 |
| Trust and Other Investment Income | $ 0.00 |
| Rental Income and Business Profits | $ 0.00 |
| All other sources | $ |
| **Total Section 5 Monthly Income** | $ 5,715.60 |
| **6. Monthly Expenses** | |
| Court Ordered Support for Others | $ 0.00 |
| State Income Taxes | $ 233.67 |
| Mandatory Pension | $ 0.00 |
| 50% of actual self-employment taxes paid | $ 0.00 |
| Health Insurance for Parties' Children | $ 212.52 |
| Day Care for Parties' Children | $ 0.00 |
| **Total Section 6 Monthly Expenses** | $ 446.19 |

| 7. Assets | Fair Market Value | Related Debt | Additional Information |
|---|---|---|---|
| Homestead | $ 0.00 | $ 0.00 | |
| Other Real Estate | $ 0.00 | $ 0.00 | |
| Primary Motor Vehicle | $ 14,402.00 | $ 16,113.00 | 2019 Kia Sportage |
| Other Motor Vehicles | $ 0.00 | $ 0.00 | |
| Furniture and Appliances | $ 0.00 | $ 0.00 | |
| Checking Accounts | $ 2,300.00 | $ 0.00 | Citizens Bank |
| Investments | $ 0.00 | $ 0.00 | |
| Life Insurance | $ 0.00 | $ 0.00 | Through Employer - Burial Policy |
| Business Interests | $ 0.00 | $ 0.00 | |
| Pensions | $ 0.00 | $ 0.00 | |
| Retirement Accounts | $ 0.00 | $ 0.00 | |

Case Name: **In the Matter of Michael Speight and Amanda Kaelblein**
Case Number: **622-2022-DM-00139**

**FINANCIAL AFFIDAVIT**

8. Additional Assets - If you have an interest in any property which is held solely by or jointly with any other person or entity, and which has not already been disclosed, or if you are owed money from any source, please explain
**Citizens Bank Savings $0.00**

9. Tax Return Information
Year of last return filed **2021**
Single or joint return **Single**
My Total W-2s and 1099s = $ **53,526.00**
☐ If Self-employed, check here and attach copy of most recent IRS Schedule C.

10. Insurance
Life
Company **None**
Type and Face Amount _____
Beneficiaries _____

Health
Company **Harvard Pilgrim**
Type **HMO**
Description of Coverage _____

Dental
Company **Delta Dental PPO**
Description of Coverage _____

11. Debts

| Who is debt owed to? | Who owes debt? | Balance |
|---|---|---|
| Huntington Bank | Amanda | $ 16,133.00 |
| Credit One | Amanda | $ 450.00 |
| Capital One | Amanda | $ 800.00 |
| | | $ |
| | | $ |

12. Retirement Plans
Plan or Account Name **None**
Type _____
Most Recent Value $ _____
Value at Filing $ _____
If Defined Benefit, status of vesting and description of Benefit _____

13. Attachments:
☑ Pay Stub   ☑ Monthly Expenses
☐ Schedule C   ☐ Other (describe) _____
☐ Check here if parties agree to waive Monthly Expenses form.

14. Additional Information
_____

I swear (affirm) that:
A. To the best of my knowledge and belief, I have fully disclosed all income and all assets having any substantial value; and
B. I have reasonably estimated the fair market value of each asset; and
C. I understand that I have a duty to update the information provided in this financial affidavit for each court hearing; and
D. I understand that if a support order is issued in this case obligating me to pay support, it shall be my responsibility to immediately provide the Court with any change of address in writing. If I fail to do so, I may be held in default, found in contempt of court and a warrant may be issued for my arrest. (See USO Standing Order SO-4C.)
E. Rule 1.25-A Compliance -- Family Division Only: (Initial one)
   **AV** ___ I have complied with Rule 1.25-A regarding mandatory disclosure; OR
   _____ I understand my obligation to comply with Rule 1.25-A regarding mandatory disclosure. I have not fully complied with Rule 1.25-A due to: _____

Date: **11/10/2022**
Signature: [signed]

State of **New Hampshire**, County of **Hillsborough**
The person signing this financial affidavit appeared and signed this before me and took oath that the statements set forth in this Financial Affidavit, together with any attachments listed in section 13 above, are true to the best of his or her knowledge and belief.
This instrument was acknowledged before me on **November 10, 2022** by **Amanda Kaelblein**
My commission expires: **My Commission Expires March 3, 2026**
Affix seal, if any

ALLISON THIBEAULT
Justice of the Peace, State of New Hampshire

Signature of Notarial Officer / Title: [signed]

I certify that on this date I provided a copy of this document to **Michael Speight** (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☐ US Mail OR
☑ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

Date: **11/10/22**
Signature: [signed]

NHJB-2065-F (08/01/2015)   Page 2 of 5

**Case Name: In the Matter of Michael Speight and Amanda Kaelblein**

**Case Number: 622-2022-DM-00139**

**FINANCIAL AFFIDAVIT**

*NOTE: Round all numbers to the nearest dollar. To convert weekly expenses to monthly, multiply by 4.33.*

| | | | | |
|---|---|---|---|---|
| **1. Housing** | | | **6. General and Personal** | |
| Rent | $ | 1,169.00 | Groceries | $ 400.00 |
| Mortgage Payment | $ | 0.00 | Meals Eaten Out | $ 75.00 |
| Property Tax | $ | 0.00 | Tobacco/Alcohol Products | $ 140.00 |
| Condo Fee | $ | 0.00 | Clothing and Shoes | $ 200.00 |
| Home Maintenance | $ | 0.00 | Hair Care | $ 0.00 |
| Snow Removal and Lawn Care | $ | 0.00 | Toiletries and Cosmetics | $ 150.00 |
| | $ | | Pet Food and Care | $ 0.00 |
| **2. Utilities** | | | Church and Charities | $ 0.00 |
| Heating Oil | $ | 0.00 | Laundry and Dry Cleaning | $ 0.00 |
| Wood and Coal | $ | 0.00 | Gifts | $ 58.00 |
| Propane and Natural Gas | $ | 0.00 | Newspapers and Magazines | $ 0.00 |
| Telephone | $ | 100.00 | Education (personal) | $ 0.00 |
| Electricity | $ | 0.00 | Dues and Memberships | $ 0.00 |
| Cable Television | $ | 0.00 | Vacations | $ 0.00 |
| Water and Sewer | $ | 0.00 | Entertainment and Recreation | $ 59.00 |
| Trash Collection | $ | 0.00 | Visitation Expenses | $ 0.00 |
| | $ | | | $ |
| **3. Insurance** | | | **7. Children's Expenses and Activities** | |
| Homeowner | $ | 0.00 | Children's Clothing and Shoes | $ 200.00 |
| Renter | $ | 0.00 | Diapers | $ 0.00 |
| Vehicle | $ | 304.00 | Day Care | $ 0.00 |
| Health | $ | 364.00 | School Supplies | $ 50.00 |
| Dental | $ | 97.00 | School Lunches | $ 0.00 |
| Life | $ | 16.00 | Tuition and Lessons | $ 0.00 |
| Disability | $ | 0.00 | Sports and Camp | $ 0.00 |
| **4. Uninsured Health Care** | | | | $ |
| Medical | $ | 58.00 | **8. Financial** | |
| Dental | $ | 125.00 | Federal Income Tax | $ 629.00 |
| Orthodontics | $ | 0.00 | Social Security and Medicare | $ 401.00 |
| Eye Care/Glasses/Contacts | $ | 0.00 | Loan Payments | $ 0.00 |
| Prescription Drugs | $ | 50.00 | Other Debts | $ 0.00 |
| Therapy and Counseling | $ | 108.00 | Savings | $ 0.00 |
| | $ | | 401(k) | $ 0.00 |
| **5. Transportation** | | | IRA | $ 0.00 |
| Primary Vehicle Payment | $ | 304.00 | Other Retirement Plans | $0.00 |
| Other Vehicle Payments | $ | 0.00 | **MA State Taxes** | $ 234.00 |
| Vehicle Maintenance | $ | 167.00 | **MA FLI/MLI** | $ 20.00 |
| Gas and Oil | $ | 433.00 | **9. Other Expenses** | |
| Registration and Tax | $ | 25.00 | **Vision Insurance** | $ 17.00 |
| | $ | | **Netflix** | $ 16.00 |
| | $ | | **Amazon Prime** | $ 13.00 |
| | | | **Credit Cards** | $ 100.00 |
| | | | | $ |
| | | | **TOTAL MONTHLY EXPENSES** | $ 6,073.00 |

Case Name: **In the Matter of Michael Speight and Amanda Kaelblein**
Case Number: **622-2022-DM-00139**
**FINANCIAL AFFIDAVIT**

# THE STATE OF NEW HAMPSHIRE

*General Instructions for Completing the Financial Affidavit Form NHJB-2065-F*

A. When this form is needed - You must fill out and file this form with the Court.

 If you are the petitioner or respondent in a divorce, legal separation, or civil union dissolution case.
 If you are the petitioner or respondent in an after-divorce, custody/parenting, child support, or paternity case.
 If either side is requesting child support or alimony or a change in an existing support or alimony order.
 If a person's ability to pay an obligation is an issue.
 Any other time that the Court may require.

B. If you need more space for any answer, either add an attachment and note it at section 13, or use section 14.
 When using section 14, put in the number of the answer needing more space, and then the information.

C. The importance of the oath - This form must be sworn to under oath and signed before a Notary Public or N.H. Justice of the Peace. All information must be true, accurate, and complete, to the best of your knowledge and belief, under the pains and penalties of perjury.

D. Monthly Expenses form - You must always fill out and attach the Monthly Expenses form **in the following cases.**

 - If child support is an issue and either side claims that the Child Support Guidelines should not apply.
 - If either side is requesting alimony or payment of college expenses.
 - If you and the other side do not agree how to divide your debts.
 - If either side requests it.
 - If the Court requires it.

It is not required in *other* cases, if both sides agree by checking the box in section 13, or if the Office of Child Support Enforcement (OCSE) does not request it and the Court approves.

E. Duty to Update - You must fill out and file a new Financial Affidavit for every hearing.

F. Use of Forms - You may use the Financial Affidavit and Monthly Expenses forms provided by the Court or your own forms, as long as the format and content are identical to the Court version. You may design other attachments as you see fit.

G. Child Support - If child support is an issue, read the Uniform Support Order and its Instructions.

*Specific Instructions for Numbered Sections of the Financial Affidavit Form*

1. General Information - *Street Address* means your complete residence address. If you have filed a Domestic Violence Petition, or if there are restraining orders, you do *not* have to give your address. The last two lines in section 1 apply only to divorce and post-divorce cases.

2. Children of the Parties - Fill in the first and last name, with middle initial, if any, for each child. Give date of birth and Social Security Number.

3. Employment Information - Fill in name, address and phone number of current employer. List date and place of last employment. List job skills.

4. Monthly Income - Miscellaneous - List all public assistance income, including AFDC, TANF, food stamps, SSI, APTD, and general assistance from town or county. If your dependent children receive income from employment, investments, or other sources, list it here. This income is *excluded* when calculating child support.

5. Monthly Income - Before Taxes- List *all* income, except from those sources specified in section 4. If you are paid weekly, multiply the weekly amount by 4.33 to get monthly. If you are paid every 2 weeks, multiply the bi-weekly amount by 2.17 to get monthly. If income is occasional or irregular, fill in the average amount.

6. Monthly Expenses - *Support for Others* means child support or alimony you are paying under court order for children other than the children of the parties, or for alimony for another ex-spouse. *Health Insurance* means the actual amount paid for medical insurance coverage for the children of the parties.

**Case Name:** In the Matter of Michael Speight and Amanda Kaelblein
**Case Number:** 622-2022-DM-00139

**FINANCIAL AFFIDAVIT**

7/8. Asset Information - You must list all of your assets in these sections. In section 7, the first column is for your good-faith estimate of the total fair market value of assets in each category. *Fair Market Value* is what you could sell an asset for, *not* the purchase price or replacement cost. It is not necessary to have every asset appraised. However, you must consider all factors known to you when stating values. The second column is to list any debts that are owed against the asset, such as a mortgage or a vehicle loan. You may put any additional information in the third column.

*Motor Vehicles* means cars, trucks, motorcycles, airplanes, boats, snowmobiles and the like.
*Investments* means savings accounts, certificates of deposit, stocks, savings bonds, other bonds, money market accounts, and the like.
*Life insurance* means the *cash value* of any life insurance policy that you own or have an interest in.
*Pension* means a defined benefit retirement plan. What you receive is based on years of service and pay.
*Retirement Account* means a defined contribution plan or other retirement account in your name.
   Examples are: 401(k) plans, thrift/savings plans, Keoghs, IRAs.

The extra lines are for other categories of assets that are not listed on the form, or for providing more details on listed assets. You must list *all* assets. Assets include, but are not limited to, the following:

   Any asset in which you have an interest, but that is being held in the name of someone else. For example, if a relative is holding money or an asset that you own, or can get back under any circumstances, you must include it.
   Any assets that are owned partly by you and partly by someone else, such as a jointly owned bank account, motorcycle, or piece of real estate.
   Any asset of substantial value that you either gave away or sold for less than fair market value, within 6 months of the date of the Financial Affidavit.
   Any debt that anyone owes you, whether or not repayment is expected or likely.

9. Tax Return Information - Total W-2s and 1099s refer to those tax forms from work done by you and from assets in your name. Do *not* include those that result from your spouse's income.

10. Insurance - List all insurance coverage you have. *Description* means any deductibles and co-pays.

11. Debts - List all debts in your name or joint names. *Debt* means loans, credit cards, past due bills, and the like. For each debt, list the name of the person or business you owe the debt to, whether the debt is in your name or in joint names, and the amount currently owed.

12. Pension and Retirement Accounts - Name your retirement plans or accounts. On the second line, note if your retirement account is a 401(k) plan, profit-sharing plan, defined benefit plan, or other specific type of plan. A defined benefit plan is one where what you receive is based upon years of service and pay. *Value at filing* refers to the value of your retirement plan at the time the divorce was filed, and needs to be filled in only in divorce cases.

13. List of Attachments - Check off which forms and documents you are attaching to your Financial Affidavit. If the attachment is not listed, check off *other* and write in what it is.

14. Additional Information - Use this space to provide information that will not fit in prior sections and to provide additional information that you wish the Court to consider.

Certification of Copies - You must give a copy of your Financial Affidavit with all attachments to the other side. The *other side* means the lawyer representing your spouse, ex-spouse, or the other parent. If he or she does not have a lawyer, give it to your spouse, ex-spouse, or the other parent. If the State is a party, also give a copy to Office of Child Support Enforcement (OCSE). Write in the names of each person you have given a copy to.

Monthly Expenses - Section D above explains who must complete the Monthly Expenses form.

Winchester Hospital   41 Highland Ave. Winchester, MA 01890
Amanda Koelblein   48 Richardson Road Melrose, MA 02176

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Amanda Koelblein | Winchester Hospital | 1024755 | 10/09/2022 | 10/22/2022 | 10/27/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 72.50 | 2,660.83 | 220.73 | 604.62 | 29.49 | 1,805.79 |
| YTD | 1,565.00 | 53,043.49 | 4,856.06 | 11,219.75 | 589.98 | 36,377.70 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Imputed Income GT | 10/09/2022 - 10/22/2022 | 0 | 0 | 0.79 | 0 | 11.50 |
| Overtime | 10/16/2022 - 10/22/2022 | 0.25 | 49.5 | 12.38 | 7.25 | 309.79 |
| Regular Earnings | 10/09/2022 - 10/22/2022 | 72.25 | 33 | 2,384.25 | 1557.75 | 46,715.82 |
| Winchester Earn Tr | 10/09/2022 - 10/22/2022 | 8 | 33 | 264.00 | 205.25 | 6,017.88 |
| Earnings | | | | 2,681.42 | | 53,054.99 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 151.32 | 2,989.33 |
| Medicare | 35.39 | 699.88 |
| Federal Withholding | 295.18 | 5,316.68 |
| State Tax - MA | 119.57 | 2,031.49 |
| MAPFL - MAPFL | 3.20 | 63.65 |
| MAPML - MAPML | 5.96 | 118.82 |
| Employee Taxes | 604.62 | 11,219.75 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental (pre-tax) | 44.68 | 982.96 |
| Medical Plan (pre-tax) | 168.12 | 3,698.64 |
| Vision | 7.93 | 174.46 |
| Pre Tax Deductions | 220.73 | 4,856.06 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Child Life | 0.83 | 18.26 |
| Short Term Disability | 20.10 | 400.90 |
| Supplemental Life | 8.56 | 170.82 |
| Post Tax Deductions | 29.49 | 589.98 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| LTD Employer Portion | 9.24 | 184.24 |
| Life Insurance - Employer | 0.96 | 19.16 |
| Medical Plan - ER Portion | 648.75 | 14,272.50 |
| Employer Paid Benefits | 658.95 | 14,475.90 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,440.69 | 48,198.93 |
| Medicare - Taxable Wages | 2,440.69 | 48,198.93 |
| Federal Withholding - Taxable Wages | 2,440.69 | 48,198.93 |
| State Tax Taxable Wages - MA | 2,440.69 | 48,198.93 |

### Federal / State

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 1 | 1 |
| Additional Withholding | 0 | 0 |

### Time Off Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| EBL / EI | 1.54 | 0 | 172.519134 |
| PTO / ET / WINTIME | 8.62 | 8 | 63.1788 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens Bank | Citizens Bank ******8805 | ******8805 | | 1,805.79 USD |

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: **10th Circuit - Family Division - Derry**

Case Name: **In the Matter of Michael Speight and Amanda Kaelblein**

Case Number: **622-2022-DM-00139**
(if known)

## DECREE ON PARENTING PETITION

**This decree is (choose one):**
☐ Agreed to by Parties  ☑ Proposed By **Amanda Kaelblein**
☐ Ordered by the Court after hearing on _____ at which ☐ petitioner ☐ respondent appeared.

**This decree is (choose one):**
☑ TEMPORARY. The completed paragraphs apply while this case is pending with this Court.
☐ FINAL. The completed paragraphs will be incorporated in the Court's final order.

1. **Parenting Plan and Uniform Support Order**    ☐ N/A
   ☑ See attached Parenting Plan and Uniform Support Order

2. **Dependents**    ☐ N/A
   ☑ The parties shall claim the minor child(ren) and/or other qualifying relative as dependent(s) for all income tax purposes, in the following manner:
   ☐ Petitioner, if otherwise qualified under federal/state law, shall be entitled to claim
   
   _____
   
   as tax dependent(s) for ☐ all years ☐ even years ☐ odd years ☐ other
   
   _____
   
   ☑ Respondent, if otherwise qualified under federal/state law, shall be entitled to claim
   **Vivian Speight**
   as tax dependent(s) for ☑ all years ☐ even years ☐ odd years ☐ other
   
   _____
   
   ☐ A parent may only claim a child as a dependent if that parent is current on child support for the applicable tax year.

3. **Guardian *ad Litem* Fees**    ☑ N/A
   ☐ See Order on Appointment of Guardian *ad Litem*
   ☐ Other: _____

4. **Life Insurance**    ☐ N/A
   ☑ **Michael Speight** _____ shall maintain a life insurance policy in the minimum amount of $ **150,000.00** designating **Amanda Kaelblein** _____ as trustee for the benefit of the child(ren). This obligation shall continue as long as the insured is obligated to pay support.
   ☐ Other:
   
   _____

Case Name: <u>**In the Matter of Michael Speight and Amanda Kaelblein**</u>
Case Number: <u>**622-2022-DM-00139**</u>
**DECREE ON PARENTING PETITION**

5. **Enforceability After Death** ☐ N/A
   ☑ The terms of this decree shall be a charge against each party's estate.

6. **Restraining Order** ☐ N/A
   ☑ <u>**Michael Speight**</u> is restrained and enjoined from entering the home or the place of employment of the other party, and from harassing, intimidating or threatening the other party or his/her relatives or other household members.

   ☐ Other: _____

7. **Other Requests**
   ☑ **Attorney's Fees:** Any party that unreasonably fails to comply with this decree or other court orders (including "Uniform Support Order") may be responsible to reimburse the other party for whatever costs, including reasonable attorney's fees, that may be incurred in order to enforce compliance.

   ☑ **Change in address or employment:** Each party shall promptly notify the other of any change in his/her address or telephone number, and of any material change in employment as long as there are any continuing obligations under this decree. "Material change" will include availability of medical, dental or life insurance and any substantial increase or decrease in earnings or other income.

   ☐ **Compliance with Rule 1.25-A:**
   ☐ The parties complied fully with Rule 1.25-A; or
   ☐ The parties agreed to limit their document exchange under Rule 1.25-A.

   ☑ **Miscellaneous:**
   **Respondent has fully complied with Rule 1.25-A, Petitioner has not complied**

8. **Post-Secondary Educational Expenses** ☑ N/A
   **IMPORTANT NOTE: <u>The court cannot order parties to pay for college</u> or other educational expenses beyond the completion of high school <u>unless BOTH parties agree</u>. However, if the parties agree to contribute to these expenses by checking the boxes in Section 4, below, <u>this agreement will become an enforceable order of the court.</u>**

   ☐ The parties agree to contributions to college or other educational expenses beyond the completion of high school in the following manner:
   Type of contribution (check all that apply):
   ☐ Contributions to an account by ☐ Petitioner ☐ Respondent ☐ Both
   (Specify the amount and frequency of contributions and account information. Also specify what will happen to the contributions in the event the child does not incur post-secondary educational expenses):
   _____
   _____
   _____

   ☐ Contribution of an asset:
   (Specify the account or other asset being contributed and its current balance or value. If an asset is identified specify how the asset will be used. Also specify what will happen to the contributions in the event the child does not incur post-secondary educational expenses):
   _____
   _____
   _____

Case Name: _____
Case Number: _____

**DECREE ON PARENTING PETITION**

☐ Payments shall be made as post-secondary education expenses are incurred.
Payments shall be made by ☐ Petitioner ☐ Respondent ☐ Both
(Specify amount to be paid by each party or the percentage or other formula agreed upon to determine the post-secondary education expense obligation agreed to by the parties):

_____
_____
_____

Select one of the following:
☐ Both parties agree that this post-secondary educational expense agreement IS modifiable based on a substantial change in circumstances that was not foreseeable when the agreement was signed.

☐ Both parties agree that this post-secondary education expense agreement is NOT modifiable and the specific dollar amount to be contributed by either or both parents is set forth above.

Note: Before any court hearing to modify or enforce the agreement described above, the parties shall participate in mediation.

I/we request that the Court approve this decree.

_____    _____
Date                       Signature of Petitioner

_____    _____
Date                       Signature of Attorney/Witness for Petitioner

11/10/2022
_____    _____
Date                       Signature of Respondent

11/10/22
_____    _____
Date                       Signature of Attorney/Witness for Respondent

I certify that on this date I provided a copy of this document to _____ (other party) or to _____ (other party's attorney) by: ☐ Hand-delivery OR ☐ US Mail OR ☐ E-mail (E-mail only by prior agreement of the parties based on Circuit Court Administrative Order).

_____    _____
Date                       Signature

**Recommended:**

_____    _____
Date                       Signature of Marital Master

                           _____
                           Printed Name of Marital Master

**So Ordered:**
I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

_____    _____
Date                       Signature of Judge

                           _____
                           Printed Name of Judge