| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 1 of 2 | DOCKET NO 2250RO872 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

| Plaintiff's Name | Defendant's Name & Address | Alias, if any | | |
|---|---|---|---|---|
| Amanda Kaelblein | PCF# 853736 Michael Speight 100 Main Street Pembroke, NH 03275 | | | |
| Name & Address Of Court PCF# Malden District Court 4040 Mystic Valley Parkway Medford, MA 02155 | | Date of Birth 1-8-1970 | Sex ☐ M ☒ F | Place of Birth |
| | | SS # (Last four digits only) XXX-XX- | Daytime Ph # ( ) | |
| | | | Cell Phone # ( ) | |

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE** punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** *(only those items checked shall apply)*

☐ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of abuse.

☐ This Order was communicated by telephone from the Judge named below to: Police Dept. _____ Police Officer _____

☐ 1. **YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming, threatening or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm, or by using force, threat or duress to make the Plaintiff engage in sexual relations.

☐ 2. **YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF**, in person, by telephone, in writing, electronically or otherwise, either directly or through someone else, and to stay at least _____ yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exceptions to this order are: a) contact as permitted in Sections 8, 9, 10 and 11 below; or b) by sending the Plaintiff, by mail, by sheriff or by other authorized officer, copies of papers filed with the court when that is required by statute or court rule.

☐ 3. **YOU ARE ORDERED TO IMMEDIATELY LEAVE AND STAY AWAY FROM THE PLAINTIFF'S RESIDENCE**, except as permitted in Sections 8 and 10 below, located at WHEREVER THAT MAY BE _____ or wherever else you may have reason to know the Plaintiff may reside. The Court also **ORDERS** you (a) to surrender any keys to that residence to the Police; (b) not to damage any belongings of the Plaintiff or any other occupant; (c) not to shut off or cause to be shut off any utilities or mail delivery to the Plaintiff; and (d) not to interfere in any way with the Plaintiff's right to possess that residence, except by appropriate legal proceedings.
  ☐ If this box is checked, the Court also **ORDERS** you to immediately leave and remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☐ 4a. **YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S WORKPLACE** located at 620 Washington St, Winchester, MA, 01890 _____

☐ 4b. **YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S SCHOOL** located at _____

☐ 5a. **THE COURT ORDERS** that the Plaintiff's residential address not appear on the order.

☐ 5b. **THE COURT ORDERS** that the Plaintiff's workplace address not appear on the order.

☐ 5c. **THE COURT ORDERS** that the Plaintiff's school address not appear on the order.

☐ 6. **CUSTODY OF THE FOLLOWING CHILDREN IS AWARDED TO THE PLAINTIFF:**

| NAME | AGE | NAME | AGE |
|---|---|---|---|
| Vivian Speight | 5 | | |

☐ 7. **YOU ARE ORDERED NOT TO CONTACT THE CHILDREN LISTED ABOVE OR ANY CHILDREN IN THE PLAINTIFF'S CUSTODY LISTED BELOW,** either in person, by telephone, in writing, electronically or otherwise, either directly or through someone else, and to stay at least _____ yards away from them unless you receive written permission from the Court to do otherwise.
  ☐ You are also ordered to stay away from the following school(s), day care(s), other: Roosevelt Elementary _____

| NAME | AGE | NAME | AGE |
|---|---|---|---|
| Vivian Speight | 5 | | |

☐ 8. **VISITATION WITH THE CHILDREN LISTED IN SECTION 6 IS PERMITTED ONLY AS FOLLOWS** (may be ordered by Probate and Family Court only):

  ☐ Visitation is only allowed if supervised and in the presence of _____ (name), at the following times _____ to be paid for by _____ (name)
  ☐ Transportation of children to and from this visitation is to be done by _____ (name), (third party), and not by you.
  ☐ You may only contact the Plaintiff to arrange this visitation. Contact may be made only by ☐ phone, ☐ e-mail, ☐ text, ☐ other _____

☐ 9. **YOU ARE ORDERED TO PAY SUPPORT IN THE FOLLOWING MANNER:**
  ☐ $ _____ child support per _____ [week/month] by income withholding through the Department of Revenue. Defendant shall send payments to DOR at P.O. Box 55144, Boston, MA 02205-5144 until employer deductions begin.
  ☐ $ _____ child support per _____ [week/month] directly to the Plaintiff by mailing payments to _____
  ☐ $ _____ support for the Plaintiff per _____ [week/month] directly to the Plaintiff by mailing payments to _____
  ☐ Other orders: _____

☐ 10. **YOU MAY PICK UP YOUR PERSONAL BELONGINGS** in the company of police at a time agreed to by the Plaintiff.

☐ 11. **YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $ _____ in losses suffered as a direct result of the abuse, to be paid in full on or before _____, 20___. ☐ by mailing directly to the Plaintiff ☐ through the Probation Office of this Court.

☐ 12. **THERE IS A SUBSTANTIAL LIKELIHOOD OF IMMEDIATE DANGER OF ABUSE. YOU ARE ORDERED TO IMMEDIATELY SURRENDER** to the PEMBROKE _____ Police Department or to the police officer serving this order all guns, ammunition, gun licenses and FID cards. Your license to carry a gun, if any, and your FID card, if any, are suspended immediately.
  • You must immediately surrender the items listed above, and also comply with all other Orders in this case.
  • Subject to certain exceptions, purchase and/or possession of a firearm and/or ammunition while this order is in effect is a federal crime. 18 U.S.C. §§ 922(g)(8) and 925.

☐ 13. **ON THE NEXT SCHEDULED HEARING DATE,** the Court will hear testimony and other evidence regarding Section 9 of this order, which involves support for the Plaintiff and/or the minor children. You are hereby ordered to bring with you to the next scheduled hearing date any financial records in your possession (including your most recent tax return and your last four paystubs) that provide evidence of your current income.

☐ 14. **YOU ARE ALSO ORDERED** _____

The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without attorney, to oppose any extension or modification of this Order. If the Defendant does not appear, the Order may be extended or modified as determined by the Judge. For good cause, either the Plaintiff or the Defendant may request the Court to modify this Order before its scheduled expiration date.

FA-2 (1/12)                                                                                                              COURT COPY

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 2 of 2 | DOCKET NO. 2250RO872 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

☐ 15. Police reports are on file at the _____ Police Department.
☐ 16. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:
  _____ (DOCKET #s) _____ (PCF #)
  to _____
☐ 17. An imminent threat of bodily injury exists to the Plaintiff. Notice issued to _____ Police Department(s) by ☐ telephone ☐ other _____

**B. NOTICE TO LAW ENFORCEMENT**

☐ 1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, the following alternative service may instead be made, but only if the officer is unable to deliver such copies in hand to the Defendant: _____
☐ 2. Defendant Information Form accompanies this Order.
☐ 3. Defendant has been served in hand by the Court's designee: Name _____ Date _____

| DATE OF ORDER 12/13/2022 | TIME OF ORDER ☐ A.M. ☐ P.M. | EXPIRATION DATE OF ORDER 12-28-22   at 4 P.M | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|---|

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated. In the event the Court is closed on the date the Order is to expire, the Order shall remain in full force and effect and the Hearing shall be continued until the next Court business date.

NEXT HEARING DATE 12-28-22 at 9:00 ☒ A.M. ☐ P.M. Report to clerk's office

**☐ C. MODIFICATION/EXTENSION**

☐ This order was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has ORDERED that the prior order issued _____, 20____ be MODIFIED as follows:

_____
_____
_____

☐ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S) _____

☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION | EXPIRATION DATE OF ORDER at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|

| TIME OF MODIFICATION ☐ A.M. ☐ P.M. | NEXT HEARING DATE: _____ at _____ ☒ A.M. ☐ P.M. Report to clerk's office |
|---|---|

**☐ D. MODIFICATION/EXTENSION**

☐ This order was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.

The Court has ORDERED that the prior order issued _____, 20____ be MODIFIED as follows:

_____
_____
_____

☐ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S) _____

☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION | EXPIRATION DATE OF ORDER at 4 P.M. | SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE |
|---|---|---|

| TIME OF MODIFICATION ☐ A.M. ☐ P.M. | NEXT HEARING DATE: _____ at _____ ☐ A.M. ☐ P.M. Report to clerk's office |
|---|---|

**☐ E. PRIOR COURT ORDER TERMINATED**

This Court's prior Order is terminated. Law enforcement agencies shall destroy all records of such Order.
☐ TERMINATED AT PLAINTIFF'S REQUEST.

| SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE | DATE OF ORDER | TIME OF ORDER ☐ A.M. ☐ P.M |
|---|---|---|

| WITNESS - FIRST OR CHIEF JUSTICE Hon. Emily A. Karstetter | A true copy, attest (Asst.) Clerk-Magistrate/ (Asst.) Register of Probate |
|---|---|

FA-2A (5/15)   COURT COPY

| PLAINTIFF'S MOTION TO MODIFY OR TERMINATE ABUSE PREVENTION ORDER | DOCKET NO. (FOR COURT USE ONLY) 2250 RO 873 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|
| PLAINTIFF'S NAME Amanda Kaelblein | DEFENDANT'S NAME Michael Speight | COURT DIVISION |

Amanda Kaelblein, Plaintiff in the above entitled matter, respectfully moves that this court ☒ modify or ☐ terminate the abuse prevention order issued pursuant to G.L. c. 209A.

In support of this request, the Plaintiff states: Michael continues to make social media posts stating that I am a "child abuser", that I am a "kidnapper" he is having multiple posts that say "free Vivian" and having people share lies about me. I just want it to end and for my daughter to stop being exploited

Plaintiff: Please read and check box below.

I understand that I can request at any time a new abuse prevention order, if the Defendant harms or attempts to harm me physically; or places me in fear of imminent serious physical harm; or, by using force, threat or duress, makes me engage in sexual relations. ☒

Signed under the penalties of perjury.

Signature of Plaintiff  Date: 1/18/23

RECEIVED 2023 JAN 18 A 9:12 MALDEN DIVISION

The motion is: ☐ ALLOWED   ☒ DENIED
Set for 1-30-23   After hearing

SIGNATURE OF JUDGE / PRINT/TYPE NAME OF JUDGE: Murphy J
DATE OF ORDER: 1/30/23
TIME OF ORDER: 9:41 ☒ A.M. ☐ P.M.

WITNESS - FIRST OR CHIEF JUSTICE | A true copy, attest (Asst.) Clerk-Magistrate/ (Asst.) Register of Probate

FA-13 (1/12)   COURT COPY

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 1 of 2 | DOCKET NO. 2250RO375 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|
| Plaintiff's Name: Amanda Kaelblein | Defendant's Name & Address: PCF# 853736 Michael Sean Speight 153 North Shore Rd. Derry, NH 03038 | Alias, if any |
| Name & Address Of Court PCF# Malden District Court 4040 Mystic Valley Parkway Medford, MA 02155 | | Date of Birth: 1/8/70  Sex: ☒M ☐F  Place of Birth: SS # (Last four digits only): XXX-XX-  Daytime Ph # ( )  Cell Phone # ( ) |

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE** punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** *(only those items checked shall apply)*

☒ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of abuse.
☐ This Order was communicated by telephone from the Judge named below to: Police Dept._____ Police Officer_____

☒ 1. **YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming, threatening or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm, or by using force, threat or duress to make the Plaintiff engage in sexual relations.

☒ 2. **YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF**, in person, by telephone, in writing, electronically or otherwise, either directly or through someone else, and to stay at least __100__ yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exceptions to this order are: a) contact as permitted in Sections 8, 9, 10 and 11 below; or b) by sending the Plaintiff, by mail, by sheriff or by other authorized officer, copies of papers filed with the court when that is required by statute or court rule.

☒ 3. **YOU ARE ORDERED TO IMMEDIATELY LEAVE AND STAY AWAY FROM THE PLAINTIFF'S RESIDENCE**, except as permitted in Sections 8 and 10 below, located at 48 Richardson Rd. Melrose, MA 02176 _____ or wherever else you may have reason to know the Plaintiff may reside. The Court also ORDERS you (a) to surrender any keys to that residence to the Police; (b) not to damage any belongings of the Plaintiff or any other occupant; (c) not to shut off or cause to be shut off any utilities or mail delivery to the Plaintiff; and (d) not to interfere in any way with the Plaintiff's right to possess that residence, except by appropriate legal proceedings.
  ☐ If this box is checked, the Court also ORDERS you to immediately leave and remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☒ 4a. YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S WORKPLACE located at Winchester Hospital; 620 Washington St.
☐ 4b. YOU ARE ORDERED TO STAY AWAY FROM THE PLAINTIFF'S SCHOOL located at_____
☐ 5a. THE COURT ORDERS that the Plaintiff's residential address not appear on the order.
☐ 5b. THE COURT ORDERS that the Plaintiff's workplace address not appear on the order.
☐ 5c. THE COURT ORDERS that the Plaintiff's school address not appear on the order.
☒ 6. CUSTODY OF THE FOLLOWING CHILDREN IS AWARDED TO THE PLAINTIFF:

| NAME | AGE | NAME | AGE | NAME | AGE |
|---|---|---|---|---|---|
| Vivian Speight | 4 | | | | |

☒ 7. **YOU ARE ORDERED NOT TO CONTACT THE CHILDREN LISTED ABOVE OR ANY CHILDREN IN THE PLAINTIFF'S CUSTODY LISTED BELOW**, either in person, by telephone, in writing, electronically or otherwise, either directly or through someone else, and to stay at least __100__ yards away from them unless you receive written permission from the Court to do otherwise.
  ☐ You are also ordered to stay away from the following school(s), day care(s), other: _____

| NAME | AGE | NAME | AGE | NAME | AGE |
|---|---|---|---|---|---|
| Vivian Speight | 4 | | | | |

☐ 8. VISITATION WITH THE CHILDREN LISTED IN SECTION 6 IS PERMITTED ONLY AS FOLLOWS (may be ordered by Probate and Family Court only):

  ☐ Visitation is only allowed if supervised and in the presence of _____ (name) at the following times _____ to be paid for by _____ (name)
  ☐ Transportation of children to and from this visitation is to be done by _____ (name) (third party), and not by you.
  ☐ You may only contact the Plaintiff to arrange this visitation. Contact may be made only by ☐ phone, ☐ e-mail, ☐ text, ☐ other _____

☐ 9. YOU ARE ORDERED TO PAY SUPPORT IN THE FOLLOWING MANNER:
  ☐ $_____ child support per _____ [week/month] by income withholding through the Department of Revenue. Defendant shall send payments to DOR at P.O. Box 55144, Boston, MA 02205-5144 until employer deductions begin.
  ☐ $_____ child support per _____ [week/month] directly to the Plaintiff by mailing payments to _____
  ☐ $_____ support for the Plaintiff per _____ [week/month] directly to the Plaintiff by mailing payments to _____
  ☐ Other orders: _____

☐ 10. YOU MAY PICK UP YOUR PERSONAL BELONGINGS in the company of police at a time agreed to by the Plaintiff.
☐ 11. YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF for $_____ in losses suffered as a direct result of the abuse, to be paid in full on or before _____, 20____ ☐ by mailing directly to the Plaintiff ☐ through the Probation Office of this Court.

☒ 12. THERE IS A SUBSTANTIAL LIKELIHOOD OF IMMEDIATE DANGER OF ABUSE. YOU ARE ORDERED TO IMMEDIATELY SURRENDER to the Derry NH _____ Police Department or to the police officer serving this order all guns, ammunition, gun licenses and FID cards. Your license to carry a gun, if any, and your FID card, if any, are suspended immediately.
  • You must immediately surrender the items listed above, and also comply with all other Orders in this case.
  • Subject to certain exceptions, purchase and/or possession of a firearm and/or ammunition while this order is in effect is a federal crime. 18 U.S.C. §§ 922(g)(8) and 925.

☐ 13. ON THE NEXT SCHEDULED HEARING DATE, the Court will hear testimony and other evidence regarding Section 9 of this order, which involves support for the Plaintiff and/or the minor children. You are hereby ordered to bring with you to the next scheduled hearing date any financial records in your possession (including your most recent tax return and your last four paystubs) that provide evidence of your current income.

☐ 14. YOU ARE ALSO ORDERED _____

*The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without attorney, to oppose any extension or modification of this Order. If the Defendant does not appear, the Order may be extended or modified as determined by the Judge. For good cause, either the Plaintiff or the Defendant may request the Court to modify this Order before its scheduled expiration date.*

FA-2 (1/12)  COURT COPY

| ABUSE PREVENTION ORDER (G.L. c. 209A) Page 2 of 2 | DOCKET NO. 2250RO375 | TRIAL COURT OF MASSACHUSETTS |
|---|---|---|

☐ 15. Police reports are on file at the _____ Police Department.
☐ 16. OUTSTANDING WARRANTS FOR THE DEFENDANT'S ARREST:
_____ (DOCKET #s) _____ (PCF #)
to _____
☐ 17. An imminent threat of bodily injury exists to the Plaintiff. Notice issued to _____ Police Department(s) by ☐ telephone ☐ other _____.

**B. NOTICE TO LAW ENFORCEMENT**
☒ 1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons), and make return of service to this Court. If this box is checked ☐, the following alternative service may instead be made, but only if the officer is unable to deliver such copies in hand to the Defendant: _____
☒ 2. Defendant Information Form accompanies this Order.
☐ 3. Defendant has been served in hand by the Court's designee: Name _____ Date _____

| DATE OF ORDER 06/02/2022 | TIME OF ORDER 11:40 ☒A.M. ☐P.M. | EXPIRATION DATE OF ORDER 06/15/2022 at 4 P.M. | SIGNATURE OF JUDGE / PRINT/TYPE NAME OF JUDGE |
|---|---|---|---|

The above and any subsequent Orders expire on the expiration dates indicated. Hearings on whether to continue and/or modify Orders will be held on dates and times indicated. In the event the Court is closed on the date the Order is to expire, the Order shall remain in full force and effect and the Hearing shall be continued until the next Court business date.

NEXT HEARING DATE: 6/15/22
at 9:00 ☒A.M. ☐P.M. Report to clerk's office

**☐ C. MODIFICATION/EXTENSION**
☐ This order was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.
The Court has ORDERED that the prior order issued _____, 20____ be MODIFIED as follows:
_____
_____
_____
_____

☐ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S) _____

☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION: | EXPIRATION DATE OF ORDER: at 4 P.M. | SIGNATURE OF JUDGE / PRINT/TYPE NAME OF JUDGE |
|---|---|---|
| TIME OF MODIFICATION: ☐A.M. ☐P.M. | NEXT HEARING DATE: ____ at ____ ☒A.M. ☐P.M. Report to clerk's office | |

**☐ D. MODIFICATION/EXTENSION**
☐ This order was issued after a hearing at which the Plaintiff ☐ appeared ☐ did not appear and the Defendant ☐ appeared ☐ did not appear.
The Court has ORDERED that the prior order issued _____, 20____ be MODIFIED as follows::
_____
_____
_____
_____

☐ The expiration date of this order has been EXTENDED (See Below) ☐ OTHER MODIFICATION(S) _____

☐ Firearm surrender order continued. The items surrendered under paragraph 12 will NOT be returned since doing so would present a likelihood of abuse to the Plaintiff.

| DATE OF THIS MODIFICATION: | EXPIRATION DATE OF ORDER: at 4 P.M. | SIGNATURE OF JUDGE / PRINT/TYPE NAME OF JUDGE |
|---|---|---|
| TIME OF MODIFICATION: ☐A.M. ☐P.M. | NEXT HEARING DATE: ____ at ____ ☐A.M. ☐P.M. Report to clerk's office | |

**☒ E. PRIOR COURT ORDER TERMINATED**
This Court's prior Order is terminated. Law enforcement agencies shall destroy all records of such Order.
☐ TERMINATED AT PLAINTIFF'S REQUEST.

| SIGNATURE OF JUDGE PRINT/TYPE NAME OF JUDGE | DATE OF ORDER 6-15-22 | TIME OF ORDER 9:35 ☒A.M. ☐P.M. |
|---|---|---|
| WITNESS - FIRST OR CHIEF JUSTICE Hon. Emily A. Karstetter | A true copy, attest (Asst.) Clerk-Magistrate/(Asst.) Register of Probate | |

FA-2A (5/15)             COURT COPY