```
                                    Volume I of I
                                    Pages:   1-9
                                    Exhibits: None
```

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS                                  PROBATE & FAMILY COURT

```
*********************************
                                *
MICHAEL S. SPEIGHT               *      DOCKET NO.
                                 *      MI24W0167WD
V.                               *
                                 *
AMANDA KAELBLEIN                 *
                                 *
*********************************
```

MOTION HEARING

BEFORE THE HONORABLE WILLIAM F. MCSWEENEY

APPEARANCES:

<u>For the Plaintiff</u>:

Michael Speight, Pro Se

<u>For the Defendant</u>

Amanda Kaelblein, Pro Se

<u>Thursday, May 2, 2024</u>
Courtroom 2
Woburn, MA

SUSAN M. LOBIE, CET
OFFICE SOLUTIONS PLUS
15 Marion Road, Salem, MA 01970
(617) 471-3510
SueLobie@osptranscriptionservices.com

# I N D E X

PAGE

MOTION HEARING     3

```
 1                    P R O C E E D I N G S

 2

 3     (Court in session at 11:50 a.m.)

 4

 5          THE COURT:  All right.  The Speight and Kaelblein

 6     matter, please.

 7          If you each would state your names, starting with

 8     you, ma'am, please.

 9          MS. KAELBLEIN:  Amanda Kaelblein.

10          MR. SPEIGHT:  Michael Speight.

11          THE COURT:  Good morning.

12

13                       MOTION HEARING

14

15          THE COURT:  All right.  So, there are two motions

16     that appears.  One says ex parte.

17          MR. SPEIGHT:  Yes, Your Honor, I had filed them.

18          THE COURT:  All right.  Go ahead, sir.

19          What would you like to say?

20          MR. SPEIGHT:  So, the mother has been dishonest

21     through the whole proceeding since she took the child

22     from New Hampshire and came to Massachusetts.

23          She was dishonest in the New Hampshire Court.

24     The only time she was really honest was in Massachusetts.

25     She was actually dishonest today when she spoke to the
```

1   mediator.  She said that I never had anything to do
2   with my child.  If you look at the Mass. transcripts,
3   Exhibit B, the mother states we just recently separated
4   after five years.  We lived together for five years.
5   I was with my child.  The child was in the house.
6       Then the Court asked her -- later on, the Court
7   says, "He's a seasonal worker.  You said you lived with
8   them for five years.  Is that accurate or not?"  She
9   said, "Unfortunately none of the information is accurate
10  since I know his income from the last five years."
11      And then she goes on to say she left in May, on
12  May 28th of 2022, when she took the child and came to
13  Massachusetts, and she's been pitting court against
14  court.
15      And I appealed the case in New Hampshire, I lost.
16  Massachusetts has jurisdiction at the time being.  The
17  only, we were in here before, and she said that I should
18  never see my child again, in front of you.  You said,
19  "ever, never ever," and she said, "I don't think so."
20      The only reason why she's agreeing to some type
21  of visitation now is because she got served with a
22  federal complaint for parental alienation.
23      You know, this fight has been going on for two
24  years.  There's a six year-old girl wondering why her
25  father doesn't want anything to do with her, and her

1  father has been fighting to see her for two years and
2  the court system just won't act.
3      I'm asking for 50/50 custody.  I paid child
4  support when she left.  There was no order in place.
5  She got child support until an order was in place six
6  months later.  Now, she wants supervised visits.  It
7  has to be done crafty because that's what she wants.
8  No, I'm the child's father, 50/50 custody.
9      You know, I stated Supreme Court cases in there.
10 The Court has determined that a parent's fundamental
11 right to direct care, custody, and control of their
12 children.  The Court also determined that the government
13 should not intervene with this right unless the parent
14 is unfit.
15     There's never been any allegations of abuse and
16 neglect on me towards my child.  I don't understand
17 why a father has to fight so hard to see his child.
18 All's I'm asking for is 50/50 custody, every other
19 weekend, one night a week.
20     THE COURT:  What would you like to say, ma'am?
21     MS. KAELBLEIN:  I'm confused by all of this.
22 So, I don't -- one, I just want to clarify, I don't pin
23 courts against each other.  I've not filed one thing
24 in court.  I have had over 15 things filed against
25 me in court by the plaintiff in the last two years.

1  I have not filed anything.
2  And the last time I was here with you, I did
3  not say that, and it's on the record that I did not
4  say that I didn't want there to be a relationship ever.
5  The last time I was here, I stand by the same things.
6  I think he needs anger management therapy, a whole lot
7  of things.  He -- I don't even know, I'm not -- I can't
8  keep up with like all the court cases and ex partes,
9  and it's draining, to be completely honest with you.
10  I think that he needs to do certain things in
11  order to have a relationship with her.  When we left,
12  it was because of a really terrible behavior that he
13  was engaging in, and I know he says he's been in her
14  life, but that doesn't count the, you know, three years
15  that he was in and out of over 40 detoxes and treatment
16  centers, and her finding dirty needles at two years
17  old in the cabinets.
18  It's abusive, this whole thing.  He's threatened
19  to take her in the beginning, he threatened to take
20  her from the school.  I think he's a flight risk if he
21  spends any time with her.  I would like them to have
22  a relationship, but I think he needs to go through the
23  property channels, and that's anger management therapy.
24  I would ask that we move forward with the Guardian
25  Ad Litem investigation, if possible, because I think

1    that will be very telling about what's happened over
2    the last two years.
3         THE COURT:  Okay.  Anything else you want to
4    say, sir, that you haven't said?
5         MR. SPEIGHT:  Yes, I object, Your Honor, to the
6    Guardian Ad Litem.  Obviously, I'm not going to get
7    a fair interview she fled with the child for two --
8         THE COURT:  The Guardian Ad Litem is just an
9    investigator.
10        MR. SPEIGHT:  Yeah.
11        THE COURT:  I ask her to --
12        MR. SPEIGHT:  First of all, if you look at the
13   transcripts that you have in front of you from the
14   last hearing, it states, the Court, "Do you ever think
15   there should be a parenting plan put in place?"  The
16   defendant, "I do not."  The Court, "Forever and never?"
17   The defendant, "I don't believe so, no."
18        So, she's being dishonest again, Your Honor.
19   It's a continuous manipulation towards the Court, and
20   it baffles me why nobody hasn't just sat down and read
21   all the paperwork and all the transcripts and seeing
22   how much manipulation is going on.
23        There's been four attempts at restraining orders,
24   they were all denied.  There was a harassment order she
25   got because I didn't show up.

```
 1         I mean, all's I want to do is raise our daughter,
 2   and she was unwilling to do that.  She's still unwilling
 3   to do that, you know.
 4         THE COURT:  All right.  I will take it under
 5   advisement.
 6         MR. SPEIGHT:  Thank you.
 7         MR. KAELBLEIN:  Thank you.
 8         THE COURT:  Thank you.  Have a good day, folks.
 9   Take care.
10   (Hearing Concluded at 11:57 a.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 1:24-cv-00055-LM-AJ   Document 25-7   Filed 06/10/24   Page 9 of 12

9

C E R T I F I C A T E

    I, Susan M. Lobie, Certified Electronic Transcriptionist and Notary Public for the Commonwealth of Massachusetts, and a Court Approved Transcriptionist for Office Solutions Plus do hereby certify that the foregoing is a true and accurate transcript prepared to the best of my ability, from audio recordings of a Motion Hearing held on Thursday, May 2, 2024, in the matter of <u>Michael S. Speight v. Amanda Kaelblein</u>, Docket No. MI24W0167WD before the Honorable William F. McSweeney.

    I, Susan M. Lobie, further certify that the foregoing is in compliance with the Administrative Office of the Trial Court Directive on Transcript Format.

    I, Susan M. Lobie, further certify that I neither am counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

    Proceedings recorded by electronic sound recording equipment.  Transcript produced from computer.

*[Signature: Susan M Lobie]*   DATE: <u>May 24, 2024</u>

Susan M. Lobie, President
Office Solutions Plus
15 Marion Road
Salem, MA  01970
(617) 471-3510
SueLobie@osptranscriptionservices.com

Notary Public, Commonwealth of Massachusetts
My Commission Expires March 3, 2028



## The Commonwealth of Massachusetts
### OFFICE OF COURT MANAGEMENT, Transcription Services

### AUDIO ASSESSMENT FORM

*For court transcribers:* Complete this assessment form for each volume of transcript produced, and include it at the back of very original and copy transcript with the certificate page, word index, and CD PDF transcript.

**TODAY'S DATE:** 5/24/2024   **TRANSCRIBER NAME:** Susan M. Lobie

**CASE NAME:** Michael S. Speight v. Amanda Kaelblein   **DOCKET NO:** MI24W0167WD

**RECORDING DATE** 5/2/2024   **TRANSCRIPT INTERVIEW:** 1 OF 1

(circle one) **TYPE:** (CD)   TAPE   **QUALITY:** EXCELLENT   (GOOD)   FAIR   POOR

(circle all that apply) **ISSUES** (include time stamp):

background noise                    time stamp: _____

low audio                           _____

low audio at sidebar                _____

simultaneous speech                 _____

speaking away from microphone       _____

other: _____              time stamp: _____

**COMMENTS:** The audio for this transcript was fine.

**MICHAEL S. SPEIGHT V. AMANDA KAELBLEIN**
**DOCKET NO. MI24W0167WD**
**MOTION HEARING - 5/2/2024**

**1**
11:50 [1] 3:2
11:57 [1] 8:10
15 [1] 5:24

**2**
2022 [1] 4:12
28th [1] 4:12

**4**
40 [1] 6:15

**5**
50/50 [3] 5:3,8,18

**A**
a.m [2] 3:2 8:10
abuse [1] 5:15
abusive [1] 6:18
accurate [2] 4:8,9
act [1] 5:2
actually [1] 3:21
ad [3] 6:25 7:6,8
advisement [1] 8:5
agreeing [1] 4:20
ahead [1] 3:14
alienation [1] 4:22
allegations [1] 5:15
all's [2] 5:18 8:1
amanda [1] 3:7
anger [2] 6:6,23
appealed [1] 4:15
appears [1] 3:12
attempts [1] 7:23

**B**
baffles [1] 7:20
beginning [1] 6:19
behavior [1] 6:12
believe [1] 7:17

**C**
cabinets [1] 6:17
came [2] 3:18 4:12
care [2] 5:11 8:9
case [1] 4:15

cases [2] 5:9 6:8
centers [1] 6:16
certain [1] 6:10
channels [1] 6:23
child [11] 3:17 4:2,5,5,12, 18 5:3,5,16,17 7:7
children [1] 5:12
child's [1] 5:8
clarify [1] 5:22
complaint [1] 4:22
completely [1] 6:9
concluded [1] 8:10
confused [1] 5:21
continuous [1] 7:19
control [1] 5:11
count [1] 6:14
court [26] 3:2,3,9,11,14,19 4:6,6,13,14 5:2,9,10,12,20, 24,25 6:8 7:3,8,11,14,16, 19 8:4,8
courts [1] 5:23
crafty [1] 5:7
custody [4] 5:3,8,11,18

**D**
daughter [1] 8:1
day [1] 8:8
defendant [2] 7:16,17
denied [1] 7:24
determined [2] 5:10,12
detoxes [1] 6:15
direct [1] 5:11
dirty [1] 6:16
dishonest [4] 3:16,19,21 7:18
done [1] 5:7
down [1] 7:20
draining [1] 6:9

**E**
each [2] 3:5 5:23
engaging [1] 6:13
even [1] 6:7
ex [2] 3:12 6:8
exhibit [1] 4:3

**F**
fair [1] 7:7
father [4] 4:25 5:1,8,17
federal [1] 4:22
fight [2] 4:23 5:17
fighting [1] 5:1
filed [4] 3:13 5:23,24 6:1
finding [1] 6:16
first [1] 7:12
five [4] 4:4,4,8,10
fled [1] 7:7
flight [1] 6:20
folks [1] 8:8
forever [1] 7:16
forward [1] 6:24
four [1] 7:23
front [2] 4:18 7:13
fundamental [1] 5:10

**G**
girl [1] 4:24
got [3] 4:21 5:5 7:25
government [1] 5:12
guardian [3] 6:24 7:6,8

**H**
hampshire [3] 3:18,19 4:15
happened [1] 7:1
harassment [1] 7:24
hard [1] 5:17
hearing [3] 3:10 7:14 8:10
honest [2] 3:20 6:9
honor [3] 3:13 7:5,18
house [1] 4:5

**I**
income [1] 4:10
information [1] 4:9
intervene [1] 5:13
interview [1] 7:7
investigation [1] 6:25
investigator [1] 7:9

**J**

**jurisdiction** [1] 4:16

**K**
kaelblein [5] 3:3,7,7 5:21 8:7
keep [1] 6:8

**L**
last [6] 4:10 5:25 6:2,5 7:2,14
later [2] 4:6 5:6
left [3] 4:11 5:4 6:11
life [1] 6:14
litem [3] 6:25 7:6,8
lived [2] 4:4,7
look [2] 4:2 7:12
lost [1] 4:15
lot [1] 6:6

**M**
ma'am [2] 3:6 5:20
management [2] 6:6,23
manipulation [2] 7:19,22
mass [1] 4:2
massachusetts [4] 3:18, 20 4:13,16
matter [1] 3:4
mean [1] 8:1
mediator [1] 4:1
michael [1] 3:8
months [1] 5:6
morning [1] 3:9
mother [2] 3:16 4:3
motion [1] 3:10
motions [1] 3:11
move [1] 6:24
ms [2] 3:7 5:21
much [1] 7:22

**N**
names [1] 3:5
needles [1] 6:16
needs [3] 6:6,10,22
neglect [1] 5:16
never [5] 4:1,18,19 5:15 7:16

**MICHAEL S. SPEIGHT V. AMANDA KAELBLEIN**
**DOCKET NO. MI24W0167WD**
**MOTION HEARING - 5/2/2024**

**new** [3] 3:18,19 4:15
**night** [1] 5:19
**nobody** [1] 7:20
**none** [1] 4:9

**O**

**object** [1] 7:5
**obviously** [1] 7:6
**okay** [1] 7:3
**old** [1] 6:17
**one** [4] 3:12 5:19,22,23
**only** [3] 3:20 4:17,20
**order** [4] 5:4,5 6:11 7:24
**orders** [1] 7:23
**other** [2] 5:18,23
**out** [1] 6:15
**over** [3] 5:24 6:15 7:1

**P**

**paid** [1] 5:3
**paperwork** [1] 7:21
**parent** [1] 5:13
**parental** [1] 4:22
**parenting** [1] 7:15
**parent's** [1] 5:10
**parte** [1] 3:12
**partes** [1] 6:8
**pin** [1] 5:22
**pitting** [1] 4:13
**place** [3] 5:4,5 7:15
**plaintiff** [1] 5:25
**plan** [1] 7:15
**please** [2] 3:4,6
**possible** [1] 6:25
**proceeding** [1] 3:17
**property** [1] 6:23
**put** [1] 7:15

**R**

**raise** [1] 8:1
**read** [1] 7:20
**really** [2] 3:20 6:12
**reason** [1] 4:20
**recently** [1] 4:3
**record** [1] 6:3
**relationship** [3] 6:4,11,22

**restraining** [1] 7:23
**risk** [1] 6:20

**S**

**same** [1] 6:5
**sat** [1] 7:20
**says** [3] 3:12 4:7 6:13
**school** [1] 6:20
**seasonal** [1] 4:7
**see** [3] 4:18 5:1,17
**seeing** [1] 7:21
**separated** [1] 4:3
**served** [1] 4:21
**session** [1] 3:2
**she's** [4] 4:13,20 7:18 8:2
**show** [1] 7:25
**since** [2] 3:17 4:10
**sir** [2] 3:14 7:4
**six** [2] 4:24 5:5
**speight** [9] 3:3,8,8,13,16 7:5,10,12 8:6
**spends** [1] 6:21
**spoke** [1] 3:21
**stand** [1] 6:5
**starting** [1] 3:5
**state** [1] 3:5
**stated** [1] 5:9
**states** [2] 4:3 7:14
**still** [1] 8:2
**supervised** [1] 5:6
**support** [2] 5:4,5
**supreme** [1] 5:9
**system** [1] 5:2

**T**

**terrible** [1] 6:12
**therapy** [2] 6:6,23
**there's** [3] 4:24 5:15 7:23
**threatened** [2] 6:18,19
**three** [1] 6:14
**today** [1] 3:21
**together** [1] 4:4
**took** [2] 3:17 4:12
**towards** [2] 5:16 7:19
**transcripts** [3] 4:2 7:13,

21
**treatment** [1] 6:15
**two** [7] 3:11 4:23 5:1,25 6:16 7:2,7
**type** [1] 4:20

**U**

**under** [1] 8:4
**understand** [1] 5:16
**unfit** [1] 5:14
**unfortunately** [1] 4:9
**unless** [1] 5:13
**until** [1] 5:5
**unwilling** [2] 8:2,2
**up** [2] 6:8 7:25

**V**

**visitation** [1] 4:21
**visits** [1] 5:6

**W**

**wants** [2] 5:6,7
**week** [1] 5:19
**weekend** [1] 5:19
**whole** [3] 3:17 6:6,18
**will** [2] 7:1 8:4
**wondering** [1] 4:24
**worker** [1] 4:7

**Y**

**year-old** [1] 4:24
**years** [10] 4:4,4,8,10,24 5:1,25 6:14,16 7:2