February 24, 2024                                                                                                      C. Shawn Speight

Lawrence Comprehensive Treatment Center
10 Embarkment Street
Lawrence, Massachusetts   01841

To Whom It May Concern:

**Subject:  Shawn Speight -  Alcoholics Anonymous (AA) Program Active Membership**

I have known Mr. Speight for more than six years. He was an active participant in my AA Sunday Morning 12 Step Men's Meeting from 2018 through 2022, which was held at St. James Church Parish House in Haverhill, Massachusetts, which met weekly from 6:45 AM to 8:00 AM.  With the onset of Covid, the meeting was required to move to a more spacious facility at St. Luke's/Holy Angels Plaistow, New Hampshire, which Shawn continues to attend.

During the time I have known Mr. Speight, I have found him to be very serious in working his AA Program.  He has often spoken of his deep love for his daughter and is known to telephone her before the early meetings to wish her a "Good Morning."

***I am a licensed addiction councilor and have worked in the field for over a decade.  I feel confident that Shawn's recovery is on solid ground, provided he continues to work his AA Program with the vigor he continues to demonstrate on a daily basis.***

Thank you in advance for your kind consideration of this matter which, of course, will have direct impact in Mr. Speight's life.  Please do not hesitate to contact me if you require additional feedback.

Sincerely,

*Roy D. Whitaker*

_____

Roy D. Whitaker – LADCI Clinician,
Lawrence Comprehensive Treatment Center
(978) 960-91477



Middlesex Recovery, PC
20 Tower Office Park
Woburn MA 01801-2113
Dept: 781-305-3300
Dept Fax: 781-305-3227

2/13/2024

Michael S. Speight
DOB: 1/8/1970

To whom it may concern:

Please be advised the above named patient is currently under my care for the treatment of his alcohol dependence. Mr. Speight is treated with Vivitrol 380 mg/vial, and is seen on a monthly basis. Mr. Speight participates in urine drug screening at his office visits, which are randomly observed. Mr. Speight is compliant with his treatment plan.

Mr Speights reports to our office that he receives outside counseling services on a weekly basis.

Mr. Speight was most recently seen in the office on February 13, 2024.

Sincerely,

Walter Wightman, M.D.

11 Lynette Lane

Fremont NH 03044

2.21.2024

To Whom it May Concern

I am a regular participant and actively involved in the program of AA in the Haverhill MA and Plaistow NH areas .

In the period between 2018 and 2022 Michael Sean Speight was a regular attendant and participant in our weekly Sunday morning meeting in Plaistow from 7 to 8 am.

In addition to this in 2021 he completed Steel Shop Recovery Group which is a 40 week intensive study of the Big Book of Alcoholics Anonymous

I write this with the hope that you will understand that our program is, by design, anonymous and that you will respect that anonymity.

Hoping to have been of service,

Michael Horrocks

October 25, 2022

To Whom It May Concern,

This letter is to confirm that Michael Speight has been in counseling for mental health and substance use since November 2019. He remains engaged positively in treatment. He consistently attends sessions and continues to clinically stabilize his overall wellbeing.

Sincerely,

*Toni Wedge*

Toni Wedge MA, LSW, LADC
Linden Recovery Therapy Services LLC
867 Turnpike Street
North Andover MA 01845
978-494-4508



Middlesex Recovery, PC
20 Tower Office Park
Woburn MA 01801-2113
Dept: 781-305-3300
Dept Fax: 781-305-3227

4/3/2024

Michael S. Speight
DOB: 1/8/1970

To whom it may concern:

Mr. Speight has been my patient for 4 years. He has attended his appointments faithfully, taken his medications as directed, and been a proper patient. He is always presentable, lucid and appropriate. I support his efforts to get custody of his child.

Sincerely,

Walter Wightman, M.D.

February 2024

To whom it may concern,

Sean Speight has been attending Alcoholics Anonymous twelve step meetings with me since 2018. I am his AA sponsor and we just began another intensive 30 week 12 step work shop. He is welcoming and helpful to newcomers.

Please let me know if you have questions.

Thank you.

Joseph Gemmell
6 Delvine Ter
Haverhill, MA 01832
617-921-9899

11 Lynette Lane

Fremont NH 03044

2.21.2024

To Whom it May Concern

I am a regular participant and actively involved in the program of AA in the Haverhill MA and Plaistow NH areas.

In the period between 2018 and 2022 Michael Sean Speight was a regular attendant and participant in our weekly Sunday morning meeting in Plaistow from 7 to 8 am.

In addition to this in 2021 he completed Steel Shop Recovery Group which is a 40 week intensive study of the Big Book of Alcoholics Anonymous

I write this with the hope that you will understand that our program is, by design, anonymous and that you will respect that anonymity.

Hoping to have been of service,

Michael Horrocks

To Whom It May Concern,

I am writing to inform you that I have worked with Michael "Sean" Speight over several years as his counselor. I was asked to give an update on his progress in treatment. Sean has a history of anger and in addition to his substance use counseling this is something that has been addressed in sessions, since it directly has affected his substance use in the past.

I can state that Sean has progressed significantly in how he has learned to manage anger. We have worked on anger management techniques, anger warning signs and cognitive behavioral therapies assisting in reframing thinking as well as identifying cognitive distortions that have led to irrational reactions in the past.

Sean has shown improvement in how he handles situations and how he is able to take a step back and see the whole picture before responding, rather than reacting.

Given the challenge he has been facing with the current custody situation, we have focused heavily on proper responses and ways to cope and redirect his frustration and sadness. He is able to verbalize that anger is a secondary emotion that stems from primary feelings of fear and insecurity.

Sean continues to work through these feelings in therapy in order to continue learning and improving as an individual. He attends AA regularly for additional support and he has proven that his support network, which includes peers, a sponsor and his wife, has been helpful to his growth as well.

Kindly,

Toni Wedge MA, LSW, LADC, CFRC

PLANTIFF
HAS ORIGINAL
CARD & TEXTS
MESSAGES, AND
EMAILS
FROM
AMANDA
KAELBLEIN

2021

Sean,
HAPPY VALENTINES
DAY! I love watching
you evolve into
the man you were
meant to be!
you are a great
father + spouse!
We love you so
much! Keep shining
you're our world!
XOXO
-Me