FILED - USDC -NH
2024 JUN 14 AM 9:26

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                     Civil No. **1:24-cv-00055**
                                         Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

**AFFIDAVIT IN SUPPORT OF MOTION RULE 60 –RELIEF FROM A JUDGEMENT OR ORDER TO EXTEND TIME TO ANSWER/ SET ASIDE DEFAULT ON MICHAEL KAELBLEIN AND NANCY KAELBLEIN ON JUNE 12,2024.**

I swear under the pains and penalties of perjury, all information is true and correct to the best of my knowledge .

The Attorney for this party was served by email.nfontainedooley@lawyersnh.com

Date 6/14/24

Michael Speight
!00 Main Street #106
Pembroke, NH 03275

State of N.H.

County of MERRiMACK

The foregoing instrument was acknowledged this June 14, 2024

By Michael Speight

Notary public  My commission expires 9/18/2024



OFFICIAL SEAL
LINDA A. WILLIAMS
NOTARY PUBLIC - NEW HAMPSHIRE
My Comm. Expires September 18, 2024