2. Amanda Kaelblein was also served April 24, 2024 by Middlesex Sheriff's Office on April 24, 2024 a second time.

3. Amanda Kaelblein was also served with the motion for preliminary injunction and default judgment through her New Hampshire Attorney Kristen Weber through email.

4. The plaintiff will win on the merits of the case, and if this Court set a hearing date the plaintiff will present all those facts.

In the interest of justice a hearing date should be set, for the plaintiff to present his evidence and not waste anymore Court resources on litigation with this defendant, When this defendant is ignoring this complaint.

Date 6/18/24

Michael Sean Speight
100 Main Street #106
Pembroke ,NH 03275
Speight6317@gmail.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

v.

Civil No. <u>1:24-cv-00055</u>
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

## MOTION TO REQUEST A HEARING ON PRELIMINARY INJUNCTION /AND OR DEFAULT JUDGMENT AGAINST AMANDA KAELBLEIN

The plaintiff requests this Court for a hearing on one or both motions of preliminary injunction / or default judgment after June 26,2024.

1. This defendant has not answered the complaint, and was served by the plaintiff on March 14,2024, in Woburn Probate Court in Massachusetts (the preliminary injunction and default judgment motions have supporting evidence) in <u>**over one hundred days.**</u>

