UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.   Civil No. **1:24-cv-00055**
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

**AMEND MOTION FOR PRELIMINARY INJUNCTION**

The plaintiff moves to amend his motion for preliminary injunction to reflect that the relief requested be changed to not a switch of custody, but a recommendation to Massachusetts Woburn Probate Court as the Court sees fit. The Court is able to make recommendations if it sees fit.

The Court usually doesn't hear domestic relations cause only when there are Constitutional Violations involved , and in this case there is.

In this Complaint,  the Court may hear domestic relations cases

1

when there are Constitutional Violations and the party is acting IN CONCERT with a state actor (Eric Stephaine ), which makes Amanda Kaelblein just as liable as the state actor under the color of the law (See filing #19 Exhibit 3)

Massachusetts Transcripts dated November 3, 2022.

On page 18 lines 23-25

THE COURT; All right. So Amanda , did Michael file a case involving custody and child support regarding this-

MS. KAELBLEIN; He did. (meaning in New Hampshire)

Amanda Kaelblein admits here there is an ongoing custody and child support proceeding in New Hampshire since June of 2022.

Page 19 lines 17-18

MS. KAELBLEIN; I am aware of a hearing that involves— involves child custody, not child support.

Here Amanda Kaelblein changes her story, misleading Judge George Phalen .

Page 22 continued to page 23 lines 25   1-9

MR. STEPHANIE; Let me check judge. Ive –I've spoken to (cont

2

page 23) the defendant's attorney who represented him in hiscase in New Hampshire. He filed a complaint for parenting time in
New Hampshire, and I went over this with his attorney. I had several conversations with him. Child support was not pled in New Hampshire. That's why we are going forward with this in Massachusetts.But i have spoken to his attorney about this at length, and he did not plead that the Court enter an order for child support against him in New Hampshire. That's why we filed in Massachusetts.

The plaintiff was already paying Amanda Kaelblein $200 since she fled New Hampshire with minor child V.S. on May 28,2022(PKPA)
The minor child V.S. wasn't residing in Massachusetts 6 months at the date of this hearing, only 5 months it wasn't the child's home state UCCJEA

Former Attorney Michael Ryan is willing to testify that wasn't his conversation with Eric Stephanie.

Judge George Phelan request Eric Stephaine get a copy of the

parenting petition filed in Derry Family Court, New Hampshire to see if the child support box was checked off (See filing 19 Exhibit 4 parenting petition child support checked off) which plaintiff sent

to Eric Stephanie and he withheld it from Phelan.

Then Judge George Phelan told Stephanie to place a 4D in where the plaintiff continues to pay mother on his own, with no DOR involvement <u>Stephanie placed a full child support order in getting plaintiffs parenting petition dismissed in New Hampshire</u> Violating the plaintiffs Due Process 5th and 14th, Equal protection 14th, Right to Legal Counsel, right to fair trial 6th Amendments

Both Amanda Kaelblein and Eric Stephaine worked IN CONCERT to accomplish the same goal.

Eric Stephanie even states in the transcripts he and Amanda talked numerous times before the hearing.



Both parties worked IN CONCERT to accomplish the same agenda.

4

The plaintiff requested a hearing for a recommendation to the lower court.

There is a clinician doing an investigation now on the custody case out of Woburn Probate Court. The plaintiff would like to make sure that he suffers no more emotion and mental anguish and also his minor child does not suffer any more emotional and mental abuse in the best interest of the child.

A hearing on a recommendation would be a correct thing to do in the interest of the minor child V.S. and the plaintiff.

Date 6/22/24

Respectfully Submitted,

Michael Sean Speight
100 Main St #106
Pembroke, NH 03275

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.

Civil No. 1:24-cv-00055
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

**AFFIDAVIT IN SUPPORT OF MOTION TO AMEND PRIMARY INJUNCTION AGAINST AMANDA KAELBLEIN**

I swear under the pains of the penalty of perjury, that everything is true and correct to the best of my knowledge.

A copy of this motion was sent to Amanda Kaelblein s New Hampshire Attorney Kristen Weber through email.

Date 6/21/24

Michael Sean Speight



100 Main Street #106
Pembroke ,NH 03275
Speight6317@gmail.com

State of __N.H.__

County of __MERRIMACK__

I Certify the following person personally appeared before me this day, acknowledgement that this person signed this document.

__Michael S. Speight__

Expires date __9/__

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Subscribed and sworn to before me this
__21__ day of __JUNE__ __2024__

_Linda A. Williams_

OFFICIAL SEAL
LINDA A. WILLIAMS
NOTARY PUBLIC - NEW HAMPSHIRE
My Comm. Expires September 18, 2024



CamScanner

100 Main Street #106
Pembroke, NH 03275
Speight6317@gmail.com

State of __N.H.__

County of __MERRIMACK__

I Certify the following person personally appeared before me this day, acknowledgement that this person signed this document.

__Michael S. Speight__

Expires date __9/__

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Subscribed and sworn to before me this
__21__ day of __June__ __2024__

_Linda A. Williams_

OFFICIAL SEAL
LINDA A. WILLIAMS
NOTARY PUBLIC - NEW HAMPSHIRE
My Comm. Expires September 18, 2024

