# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.

Civil No. **1:24-cv-00055**
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

## NOTICE OF VOLUNTARY DISMISSAL ON JUDGE GEORGE PHELAN

The plaintiff now requests under Rule 41(a)(1)(A)(i) , to voluntarily dismiss

the complaint against Judge George Phelan in both capacities . The

plaintiff believes that even though he participated in these constitutional

violations, he will be protected by immunity.

There is no memorandum of law in support needed.

Respectfully Submitted,

Date 7/7/24

Michael Sean Speight
100 Main St #106
Pembroke, NH 03275


CamScanner

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                          Civil No. **1:24-cv-00055**
                                        Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

**AFFIDAVIT IN SUPPORT OF VOLUNTARY DISMISSAL OF GEORGE**

**PHELAN**

I swear under the pains and penalty of perjury that everything is true
and correct to the best of my knowledge .

Date___7/7/24_____

_____
Michael sean Speight
100 Main st.#106
Pembroke,NH 03275

CamScanner

State of New Hampshire, county of _Merrimack_____ The foregoing

instrument was acknowledged before me on this _7/7/2024_____

My commission expires____ _9/21/2027_____

MICHELLE A HAMILTON
Notary Public-New Hampshire
My Commission Expires
September 21, 2027

2

CS CamScanner