# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                 Civil No. **1:24-cv-00055**
                                            Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

I Michael Sean Speight, served Amanda Kaelblein through Ms. Padilla mediator, in Woburn Probate Court on march 14,2024 the complaint and summons.(See #26 Exhibit 1 Transcripts pg.3 lines 3-7 in docket)

I swear under the pains and penalty of perjury that everything is true and correct to the best of my knowledge.

Date __7/2/24__

_____
Michael sean Speight
100 Main st.#106
Pembroke,NH 03275



State of New Hampshire, county of Merrimack _____ The foregoing instrument was acknowledged before me on this __7/7/2024__

My commission expires __9/21/2027__

*[Signature]*

**MICHELLE A HAMILTON**
Notary Public-New Hampshire
My Commission Expires
September 21, 2027

*[Notary seal]*

2