UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.

Civil No. **1:24-cv-00055**
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

**EMERGENCY MOTION TO PREVENT DISMISSAL TO RE-SERVE DEFENDANTS**

The plaintiff requests this Honorable Court grant the plaintiff the opportunity to show good faith, under Rule 4 to re-serve the defendants. The defendants claim they were not served properly. Plaintiff is requesting all defaults against the defendants be removed and plaintiff be allowed to serve the defendants again, even though the defendants were served already in good faith.



WHEREFORE, the plaintiff requests this Court to grant this motion, and defaults against the defendants be removed. To prevent this process to re-start from the beginning.

Date 7/14/24

Respectfully Submitted,

Michael Sean Speight
100 Main St #106
Pembroke, NH 03275

CS CamScanner

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.                                       Civil No. **1:24-cv-00055**
                                          Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
Eric Stephanie(Professional, individual capacity)

## MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION TO PREVENT DISMISSAL TO RE-SERVE DEFENDANTS

### INTRODUCTION

The plaintiff first filed this complaint in "In Forma Pauperis", the service had not gone out yet when the plaintiff returned to work.

The plaintiff paid the filing fee, gathered all documents from the Court, went to the sheriff's offices Sufolk, and Middlesex.

Handed over the documents to the sheriff's Offices, paid a total of $350.

Plaintiff received the service papers in the mail after service was complete,

1

and handed them over to the Court.

Any deficiency in service is not the plaintiffs failure to do anything or neglect.

The plaintiff in good faith, is requesting defaults be removed from these defendants and to be able to be re-served seeing defendants claim they were not served properly.

To prevent this case starting over from the beginning, and in the interest of justice.

## STATEMENT OF FACTS

The plaintiff followed proper Rules and Procedures with Rule 4 in service, any neglect in service was not due from the plaintiff.

## LEGAL ARGUMENT

In <u>Mann v. Castiel, 681 F.3d 368 (D.C. Cir. 2012</u> " The Court reversed the dismissal of a case due to improper service, noting that dismissal is not warranted if there is reasonable prospect that the plaintiff will be able to serve the defendants properly."

The ruling highlights the Court's discretion to allow re-service rather than dismissing the case.



Since the defendants are claiming improper service, the plaintiff is willing to re-serve them.

And in <u>Umbenhaur v. Woog, 969 F2d. 25 (3d Cir. 1992)</u> " The Third Circuit ruled that the district courts should extend time for service or permit re-service if there is any likelihood that proper service can be achieved and there is no significant prejudice to the defendants."

This decision reflects a preference for allowing cases to proceed on their merits.

There is no prejudice to the defendants when their Defaults will be removed, and the plaintiff has a strong likelihood of winning this case.

## CONCLUSION

Since the plaintiff picked up the documents from the clerk's office, and turned them over to both Sheriffs offices. If there was any neglect in service it was not the plaintiff's fault. The plaintiff in good faith will reserve the defendants again . To avoid refilling and starting this process all over. Also there is no prejudice to the defendants if the Court removes the defaults against them.

## RELIEF REQUEST

WHEREFORE, the plaintiff requests to reserve the defendants in the

3

interest of justice.

Date 7/14/24

Respectfully Submitted,

*/s/ Michael Sean Speight*
Michael Sean Speight
100 Main St #106
Pembroke, NH 03275

4

CamScanner

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

Michael Sean Speight

V.

Civil No. **1:24-cv-00055**
Chief Judge Landya B. McCafferty

Amanda Kaelblein
Michael Kaelblein
Nancy Kaelblein
George Phelan(Professional, individual capacity)
Eric Stephanie(Professional, individual capacity)

**AFFIDAVIT IN SUPPORT OF MOTION TO RE-SERVE THE**

**DEFENDANTS**

I swear under the pains and penalty of perjury that everything is true and correct to the best of my knowledge .

Date 7/14/24

Michael sean Speight
100 Main st.#106
Pembroke,NH 03275



State of New Hampshire, county of _merrimack_ The foregoing instrument was acknowledged before me on this _7/14/24_

_Christopher Lacroix_

My commission expires _5/6/25_

CHRISTOPHER D. LACROIX
Justice of the Peace - New Hampshire
My Commission Expires May 6, 2025



2

CamScanner